## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

CHRISTOPHER BATTS; CAROLYN
BRAUN; VELMA COLEMAN; JOHNNY
SABBAG; AND ASHA MAREDDY,
individually and on behalf of all others
similarly situated,

           Plaintiffs,

vs.

GANNETT CO.,

           Defendant.

_____/

Case No. 22-cv-10685
Hon. Shalina D. Kumar
Magistrate Judge Curtis Ivy, Jr.

## INDEX OF EXHIBITS

**EXHIBIT**   **DESCRIPTION**

1.       Judge Lawson Order in *Murphy, et al. v. Active Interest Media, Inc.*

2.       March 2, 2023 Email Re: Concurrence