# Exhibit 2

## Sheikali, Jad

| | |
|---|---|
| **From:** | E. Powell Miller <epm@millerlawpc.com> |
| **Sent:** | Friday, March 3, 2023 3:09 PM |
| **To:** | Riley, Robert M. |
| **Cc:** | Daniel L. Ravitz; Huget, J. Michael; Sheikali, Jad; pfraietta@bursor.com; fhedin@hedinhall.com; jmarchese@bursor.com; rrichter@bursor.com; Dennis A Lienhardt; Gregory A. Mitchell |
| **Subject:** | Re: Batts v. Gannett Co., Case No. 22-10685 -- Concurrence in Request to File Supplemental Authority |

**[EXTERNAL EMAIL]**

We take your response as a non concurrence and will not deprive the Court of this well-reasoned, highly relevant opinion while your motion is pending a decision.   We will not oppose your filing of a response.

Best,

Powell

Sent from my iPhone

On Mar 3, 2023, at 4:01 PM, Riley, Robert M. <RRiley@honigman.com> wrote:


Our client does not have to take your word for the "self-evident" nature of an opinion that you want us to read on an unreasonable timeline simply because you want to file it.  That's not how Rule 7.1 works.  As we have told you in the past, we will cooperate within the letter and spirit of rules, but not capitulate to your demands.

We promised to respond in a reasonable time as required by the Rule.  Otherwise, your demand is out of bounds.


Robert M. Riley
Partner, Litigation Department

_____

**HONIGMAN LLP**
O   313.465.7572
rriley@honigman.com

**Honigman celebrates 75 years of service
1948 - 2023**

**From:** E. Powell Miller <epm@millerlawpc.com>
**Sent:** Friday, March 3, 2023 3:51 PM
**To:** Riley, Robert M. <RRiley@honigman.com>
**Cc:** Daniel L. Ravitz <DLR@millerlawpc.com>; Huget, J. Michael <MHuget@honigman.com>; Sheikali, Jad <JSheikali@honigman.com>; pfraietta@bursor.com; fhedin@hedinhall.com; jmarchese@bursor.com; rrichter@bursor.com; Dennis A Lienhardt <DAL@millerlawpc.com>; Gregory A. Mitchell <gam@millerlawpc.com>
**Subject:** Re: Batts v. Gannett Co., Case No. 22-10685 -- Concurrence in Request to File Supplemental Authority

**[EXTERNAL EMAIL]**

Bob,

The pertinence of this Opinion is self-evident.
What is the good faith basis to deny concurrence?
And we have no issue with your side filing a response.

Powell

Sent from my iPhone

On Mar 3, 2023, at 3:48 PM, Riley, Robert M. <RRiley@honigman.com> wrote:


Daniel,

Judge Kumar's practice guidelines require strict compliance with Local Rule 7.1.  That rule requires you to confer with other parties "in good faith and in a manner that reasonably explains the basis for the motion and allows for an interactive process aimed at reaching on the matter or those aspects of the matter that can be resolved without court intervention."

You've emailed us at 3:34 pm on a Friday, demanding a response in 24 minutes to a motion citing a 40-page opinion.  Your request is neither in good faith nor in compliance with Rule 7.1.  In the spirit of cooperation, we will timely consider your request and get back to you early next week.  Otherwise, we will seek costs as outlined in Judge Kumar's guidelines for your unreasonable demand.

-Robert



Robert M. Riley
Partner, Litigation Department

_____

**HONIGMAN LLP**
O   313.465.7572
rriley@honigman.com

**Honigman celebrates 75 years of service
1948 - 2023**

---

**From:** Daniel L. Ravitz <DLR@millerlawpc.com>
**Sent:** Friday, March 3, 2023 3:34 PM
**To:** Huget, J. Michael <MHuget@honigman.com>; Riley, Robert M. <RRiley@honigman.com>; Sheikali, Jad <JSheikali@honigman.com>
**Cc:** Pfraietta@bursor.com; fhedin@hedinhall.com; Jmarchese@bursor.com; rrichter@bursor.com; E. Powell Miller <epm@millerlawpc.com>; Dennis A Lienhardt <DAL@millerlawpc.com>; Gregory A. Mitchell <gam@millerlawpc.com>
**Subject:** Batts v. Gannett Co., Case No. 22-10685 -- Concurrence in Request to File Supplemental Authority

**[EXTERNAL EMAIL]**

Dear Sir or Madam,

2

Plaintiff's counsel is seeking your concurrence in a Motion for Leave to File Supplemental Authority.  On March 3, 2023, Magistrate Judge Kimberly G. Altman issued a Report and Recommendations denying Defendant's Motion to Dismiss and Motion to Certify Question in *Briscoe v. NTVB Media Inc.,* Case No. 4:22-cv-10352.  A copy of this Opinion, which is the basis of Plaintiff's Motion, is attached.

Please advise by 4 pm today if you plan to oppose our motion for leave. We will be filing the Motion this afternoon.

Sincerely,

Daniel Ravitz

<image003.jpg>
Daniel L. Ravitz
The Miller Law Firm, P.C.
950 W. University Dr., Ste. 300
Rochester, MI 48307
(248) 841-2200

THE INFORMATION CONTAINED IN THIS E-MAIL MAY BE CONFIDENTIAL AND MAY ALSO BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR MAY CONSTITUTE PRIVILEGED WORK PRODUCT. This information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the agent or employee responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication may be subject to legal restriction or sanction. If you have received this e-mail in error, please notify us immediately by telephone, to arrange for return or destruction of the information and all copies. Thank you.

This e-mail may contain confidential or privileged information.  If you are not the intended recipient, please delete it and notify the sender of the error.