UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


Christopher Batts et al,

          Plaintiff(s),         Case No. 22-10685

                                Shalina D. Kumar
                                United States District Judge

v.


Gannett Co.,

          Defendant(s).

_____/


**NOTICE OF RULE 16 SCHEDULING CONFERENCE
AND RULE 26 JOINT DISCOVERY PLAN DEADLINE**


Take notice that the above-entitled case has been set for a Telephonic

Rule 16 Scheduling Conference on May 24, 2023        at 9:45 am    before the

Honorable Shalina D. Kumar.  The parties are to use the following call-in

information:  Call-In Number: 810-674-0063 and Conference ID: 798 664 016 .

Before the Scheduling Conference, pursuant to Rule 26(f)(2), the attorneys

of record are jointly responsible for the preparation of a discovery plan that

includes the information identified in Rule 26(f)(3) and may also include reference

to the issues listed in Rule 16(c)(2) if relevant.  Rule 26(f)(1) requires that the

parties confer no later than 21 days before the scheduling conference and

1

develop a proposed discovery plan.  This plan[1] must be submitted to the

Court at least seven days before the date of the  Rule 16 Scheduling

Conference date identified above.


Date: April 17, 2023                                    s/Shalina D. Kumar
                                                        Shalina D. Kumar
                                                        United States District Judge

---

[1] The parties are directed to use the Rule 26(f) Discovery Plan Template located in Judge Kumar's Practice Guidelines on the Court's website.