IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHRISTOPHER BATTS; CAROLYN BRAUN; VELMA COLEMAN; JOHNNY SABBAG; and ASHA MAREDDY, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>GANNETT CO.,<br><br>                Defendant. | Case No. 4:22-cv-10685-SDK-CI<br><br>Hon. Shalina D. Kumar |

**STIPULATION REGARDING VOLUNTARY DISMISSAL OF
PLAINTIFFS BATTS, BRAUN, COLEMAN, AND MAREDDY**

This Stipulation is entered into by and among Plaintiffs Christopher Batts, Carolyn Braun, Velma Coleman, Johnny Sabbag, and Asha Mareddy ("Plaintiffs") and Defendant Gannett Co. ("Defendant") (collectively, the "Parties"), by and through their respective counsel.

1.     On May 24, 2023, the Court held an initial scheduling conference in this matter and set a schedule for the Parties to conduct Phase 1 Limited Discovery as to Plaintiffs Batts, Braun, Coleman, and Mareddy's history of subscription to *USA Today* (ECF No. 32);

1

2. Since that time, the Parties have diligently exchanged information and conferred and have agreed pursuant to Fed. R. Civ. P. 41(1)(A)(ii) to voluntarily dismiss Plaintiffs Batts, Braun, Coleman, and Mareddy from the case with each party to bear their own fees and costs;

3. Plaintiff Sabbag will remain as the named Plaintiff in this action. Plaintiff requests the Court direct the clerk of court to amend the caption to read:

| JOHNNY SABBAG, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>GANNETT CO.,<br><br>                Defendant. | Case No. 4:22-cv-10685-SDK-CI<br><br>Hon. Shalina D. Kumar |
|---|---|

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs and Defendant as follows: The claims of Plaintiffs Batts, Braun, Coleman, and Mareddy shall be dismissed pursuant to Fed. R. Civ. P. 41(1)(A)(ii), with each party to bear their own fees and costs.

Stipulated and agreed:

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com

BURSOR & FISHER, P.A.
Philip L. Fraietta (P85228)
1330 Avenue of the Americas
New York, New York 10019
Tel: 646-837-7150
pfraietta@bursor.com

*Counsel for Plaintiffs*

Dated: August 15, 2023

*/s/ Jad Sheikali (w/ permission)*
Michael Huget
Robert M. Riley
Jad Sheikali
HONIGMAN LLP
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226-3506
Tel: (313) 465-7000
mhuget@honigman.com
rriley@honigman.com
jsheikali@honigman.com

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHRISTOPHER BATTS; CAROLYN BRAUN; VELMA COLEMAN; JOHNNY SABBAG; and ASHA MAREDDY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GANNETT CO.,<br><br>　　　　　　　Defendant. | Case No. 4:22-cv-10685-SDK-CI<br><br>Hon. Shalina D. Kumar |

## ORDER

This Court, having reviewed the Parties' agreement, HEREBY ORDERS:

1.　　Plaintiffs Batts, Braun, Coleman, and Mareddy are hereby voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own fees and costs.

2.　　The clerk of the Court is directed to amend the caption to read:

1

| | |
|---|---|
| JOHNNY SABBAG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GANNETT CO.,<br><br>Defendant. | Case No. 4:22-cv-10685-SDK-CI<br><br>Hon. Shalina D. Kumar |

SO ORDERED.

Date: August 15, 2023        s/Shalina D. Kumar
                             Shalina D. Kumar
                             United States District Judge

2