UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Christepher Batts, et al.,

                Plaintiff(s),

v.                                       Case No. 4:22–cv–10685–SDK–CI
                                       Hon. Shalina D. Kumar

Gannett Co.,

                Defendant(s),

_____

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Shalina D. Kumar as follows:

- STATUS CONFERENCE:  May 7, 2024 at 10:30 AM

The conference shall be initiated by .

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**    The parties are to call 313–261–7355 and enter Conference ID 238 207 789# to join the call.


### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                    By: s/T. Hallwood_____
                                        Case Manager


Dated:   April 3, 2024