## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOHNNY SABBAG, individually and on behalf of all others similarly situated,<br><br><br>Plaintiff,<br><br><br>v.<br><br>GANNETT CO.,<br><br><br>Defendant. | Case No. 4:22-cv-10685-SDK-CI<br><br>Hon. Shalina D. Kumar |

## STIPULATED ORDER REGARDING
## CASE MANAGEMENT SCHEDULE

This Stipulation is entered into by and among Plaintiff Johnny Sabbag ("Plaintiff") and Defendant Gannett Co. ("Defendant") (collectively, the "Parties"), by and through their respective counsel.

1.      On August 29, 2023, the Court entered the operative Modified Rule 16 Scheduling Order, which sets April 26, 2024 as the deadline to complete fact discovery (ECF No. 40);

2.      Since that time, the Parties have diligently conducted written and document discovery, including third-party discovery;

3.       Due to scheduling conflicts, however, the Parties have not been able

to complete deposition discovery and therefore agree to a modest modification to the schedule to allow them to complete all depositions by May 31, 2024;

4.      The Parties agree to the following schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Identification of all witnesses (including experts): | April 26, 2024 | June 7, 2024 |
| Reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) or disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(C) by **Plaintiff** experts are due: | May 24, 2024 | June 7, 2024 |
| Reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) or disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(C) by **Defendant** experts are due: | June 28, 2024 | July 12, 2024 |
| Rebuttal reports are due: | July 26, 2024 | August 9, 2024 |
| Deadline for **completing discovery**: | April 26, 2024 | May 31, 2024 |
| Status Conference date and time: | May 7, 2024 | June 12, 2024 |
| Class Certification Motion: | May 24, 2024 | June 7, 2024 |
| Opposition to Class Certification Motion: | June 28, 2024 | July 12, 2024 |

| Reply in support of Class Certification Motion: | July 26, 2024 | August 9, 2024 |
|---|---|---|
| Dispositive Motions must be filed by: | TBD after decision on class certification | TBD after decision on class certification |

This Court, having reviewed the Parties' agreement, HEREBY ORDERS:

1.      The August 29, 2023 Scheduling Order (ECF No. 40) is hereby

vacated and the following schedule is put in place:

| Deadline for Identification of all witnesses (including experts): | June 7, 2024 |
|---|---|
| Reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) or disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(C) by **Plaintiff** experts are due: | June 7, 2024 |
| Reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) or disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(C) by **Defendant** experts are due: | July 12, 2024 |
| Rebuttal reports are due: | August 9, 2024 |
| Deadline for **completing discovery**: | May 31, 2024 |
| Status Conference date and time: | June 12, 2024 at 10:15 a.m. <br><br> *The parties are to call 313-261-7355 and enter Conference ID 169 413 245# to join the call. |

| Class Certification Motion: | June 7, 2024 |
|---|---|
| Opposition to Class Certification Motion: | July 12, 2024 |
| Reply in support of Class Certification Motion: | August 9, 2024 |
| Dispositive Motions must be filed by: | TBD after decision on class certification |

2.      The May 7, 2024 Status Conference is vacated and rescheduled to June 12, 2024.

SO ORDERED.

Date: April 19, 2024                          s/Shalina D. Kumar
                                             Shalina D. Kumar
                                             United States District Judge

-5-

Stipulated and agreed:

| | |
|---|---|
| */s/ E. Powell Miller* | */s/ Jad Sheikali (w/* |
| E. Powell Miller (P39487) | *permission)* |
| THE MILLER LAW | Michael Huget |
| FIRM, P.C. | Robert M. Riley |
| 950 W. University Dr, | Jad Sheikali |
| Ste 300 | HONIGMAN LLP |
| Rochester, MI 48307 | 2290 First National |
| Tel: 248-841-2200 | Building |
| epm@millerlawpc.com | 660 Woodward Ave. |
| | Detroit, MI 48226-3506 |
| *Counsel for Plaintiff* | Tel: (313) 465-7000 |
| | mhuget@honigman.com |
| | rriley@honigman.com |
| | jsheikali@honigman.com |
| | |
| | *Counsel for Defendant* |

Dated: April 19, 2024