**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| JOHNNY SABBAG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GANNETT CO.,<br><br>Defendant. | Case No. 4:22-cv-10685-SDK-CI<br><br>Hon. Shalina D. Kumar |

**STIPULATED ORDER REGARDING
CASE MANAGEMENT SCHEDULE**

This Stipulation is entered into by and among Plaintiff Johnny Sabbag ("Plaintiff") and Defendant Gannett Co. ("Defendant") (collectively, the "Parties"), by and through their respective counsel.

1. On August 29, 2023, the Court entered a Modified Rule 16 Scheduling Order, which sets April 26, 2024 as the deadline to complete fact discovery (ECF No. 40);

2. On April 3, 2024, the Parties attended a telephonic Status Conference with the Court.

3. On April 19, 2024, the Court entered a Stipulated Order Regarding Case Management Schedule, the current operative scheduling order (ECF No. 44).

4.      Since that time, the Parties have diligently conducted the remaining pieces of discovery and have scheduled Plaintiff's deposition for May 21, 2024, and a deposition of a third-party for May 31, 2024.

5.       However, due to scheduling conflicts on both sides, the Parties are not able to conduct Defendant's Rule 30(b)(6) deposition until June 4, 2024. Accordingly, the Parties agree to a slight modification of schedule to accommodate for this scheduling difficulty.

6.      The Parties agree to the following schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Identification of all witnesses (including experts): | June 7, 2024 | July 10, 2024 |
| Reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) or disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(C) by **Plaintiff** experts are due: | June 7, 2024 | July 10, 2024 |

| | | |
|---|---|---|
| Reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) or disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(C) by **Defendant** experts are due: | July 12, 2024 | August 14, 2024 |
| Rebuttal reports are due: | August 9, 2024 | September 11, 2024 |
| Class Certification Motion: | June 7, 2024 | July 10, 2024 |
| Opposition to Class Certification Motion: | July 12, 2024 | August 14, 2024 |
| Reply in support of Class Certification Motion: | August 9, 2024 | September 11, 2024 |
| Dispositive Motions must be filed by: | TBD after decision on class certification | TBD after decision on class certification |

This Court, having reviewed the Parties' agreement, HEREBY ORDERS:

1.      The April 19, 2024 Scheduling Order (ECF No. 44) is hereby vacated and the following schedule is put in place:

| | |
|---|---|
| Deadline for Identification of all witnesses (including experts): | July 10, 2024 |
| Reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) or disclosures pursuant to | July 10, 2024 |

| | |
|---|---|
| Fed. R. Civ. P. 26(a)(2)(C) by **Plaintiff** experts are due: | |
| Reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) or disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(C) by **Defendant** experts are due: | August 14, 2024 |
| Rebuttal reports are due: | September 11, 2024 |
| Class Certification Motion: | July 10, 2024 |
| Opposition to Class Certification Motion: | August 14, 2024 |
| Reply in support of Class Certification Motion: | September 11, 2024 |
| Dispositive Motions must be filed by: | TBD after decision on class certification |

SO ORDERED.

Date: May 20, 2024                    s/Shalina D. Kumar
                                      Shalina D. Kumar
                                      United States District Judge

Stipulated and agreed:

<table>
<tr><td>

_____/s/ E. Powell Miller_____
E. Powell Miller (P39487)
THE MILLER LAW FIRM, P.C.
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

*Counsel for Plaintiff and the
Putative Class*

</td><td>

*/s/ Jad Sheikali (w/ permission)*
Michael Huget
Robert M. Riley
Jad Sheikali
HONIGMAN LLP
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226-3506
Tel: (313) 465-7000
mhuget@honigman.com
rriley@honigman.com
jsheikali@honigman.com

*Counsel for Defendant*

</td></tr>
</table>

Dated: May 20, 2024