UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Christepher Batts, et al.,

                 Plaintiff(s),

v.                                       Case No. 4:22−cv−10685−SDK−CI
                                       Hon. Shalina D. Kumar

Gannett Co.,

                 Defendant(s),

_____

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Shalina D. Kumar as follows:

- STATUS CONFERENCE:  June 12, 2024 at 10:15 AM

The conference shall be initiated by .

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   The parties are to call 313−261−7355 and enter Conference ID 169 413 245# to join the call.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                By: s/T. Hallwood
                                   Case Manager

Dated:  May 20, 2024