AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| JOHNNY SABBAG, individually and on behalf of all others similarly situated, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:22-cv-10685-SDK-CI |
| GANNETT CO., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Johnny Sabbag                                                                                            .

Date:     05/20/2024

*Victoria Zhou*

*Attorney's signature*

Victoria X. Zhou

*Printed name and bar number*

Bursor & Fisher, P.A.
1330 Avenue of the Americas, Floor 32
New York, NY 10019

*Address*

vzhou@bursor.com

*E-mail address*

(646) 837-7150

*Telephone number*

(212) 989-9163

*FAX number*