UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Christepher Batts, et al.,

     Plaintiff(s),

v.            Case No. 4:22−cv−10685−SDK−CI
            Hon. Shalina D. Kumar

Gannett Co.,

     Defendant(s),
_____

### NOTICE OF TELEPHONIC CONFERENCE

 PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Shalina D. Kumar as follows:

 • STATUS CONFERENCE:  August 27, 2024 at 10:30 AM

 The conference shall be initiated by Plaintiff's counsel.

 If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

 **ADDITIONAL INFORMATION:**  Counsel for plaintiff is to connect all parties on one line prior to dialing (810) 341−9760 to connect to the Court.

### Certificate of Service

 I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

        By: s/T. Hallwood_____
          Case Manager

Dated:  June 13, 2024