## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOHNNY SABBAG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GANNETT CO.,<br><br>Defendant. | Case No. 4:22-cv-10685-SDK-CI<br><br>Hon. Shalina D. Kumar |

### STIPULATED ORDER STAYING CASE PENDING MEDIATION

This Stipulation is entered into by and among Plaintiff Johnny Sabbag ("Plaintiff") and Defendant Gannett Co. ("Defendant") (collectively, the "Parties"), by and through their respective counsel.

1. On June 12, 2024, the Parties attended a telephonic Status Conference with the Court during which they informed the Court that they intended to mediate this matter within the next 60 days.

2. In order to preserve the Parties' and the Court's resources, and to preserve the status quo, the Parties agree that this matter should be stayed for 60 days to allow the Parties to conduct the mediation.

This Court, having reviewed the Parties' agreement, HEREBY ORDERS:

1.      This case is STAYED for 60 days to allow the Parties to conduct a mediation.

2.      The Parties shall attend a *telephonic status conference on August 27, 2024 at 10:30 a.m.   *Plaintiff's counsel to connect all parties on one line before calling (810) 341-9760 to connect to the Court.

SO ORDERED.

Date: June 14, 2024                              s/Shalina D. Kumar
                                                 Shalina D. Kumar
                                                 United States District Judge

Stipulated and agreed:


*/s/ Philip L. Fraietta*
BURSOR & FISHER, P.A.
Philip L. Fraietta (P85228)
1330 Avenue of the
Americas, 32nd Floor
New York, New York
10019
Tel: 646-837-7150
pfraietta@ bursor.com

*Counsel for Plaintiff*

*/s/ Jad Sheikali (w/ permission)*
Michael Huget
Robert M. Riley
Jad Sheikali
HONIGMAN LLP
2290 First National
Building
660 Woodward Ave.
Detroit, MI 48226-3506
Tel: (313) 465-7000
mhuget@honigman.com
rriley@honigman.com
jsheikali@honigman.com

*Counsel for Defendant*


Dated: June 14, 2024