## <u>INDEX OF EXHIBITS</u>

A.   Plaintiff's Notice of Rule 30(b)(6) Deposition of Defendant Gannett Co.

B.   Deposition Transcript of Gannett 30(b)(6) Designee Helen Trask

C.   List Service Corporation Screenshot

D.   Gannett's Initial Disclosures

E.   Gannett's Responses to Plaintiff's Interrogatories.

F.   Gannett's Amended Responses to Plaintiff's Interrogatories