# Exhibit C

Case 4:22-cv-10685-SDK-CI   ECF No. 53-4, PageID.1725   Filed 09/12/24    Page 2 of 4



⇒ Menu ⌄

Directbase Enhanced Data       List Services Corporation

Home  -  Data  -  Directbase Enhanced Data

As a leader in providing demographic, ethnic, lifestyle, business-to-business and e-mail enhancements, List Services Corporation also houses some of the largest, most accurate, and most in-depth mailing lists available for mailers. 170 million



+ households and 80 million+ businesses are represented, as well as millions of opt-in, verified email addresses. Many DirectBase lists have recently added email addresses, making true multi-channel campaigns a reality with matched postal and email data built on hundreds of selects and millions of households and businesses.

### Search Datacards
### List Management
### List Brokerage
### Package Insert Programs
### Data Processing
### **Directbase Enhanced Data**
#### **Datamatch Consumer Mailing Lists**
#### **B2B Mailing Lists**
#### **Email Lists**
#### **Ethnic & Religious Lists**
#### **Consumer Direct Mail Modeling**

# DirectBase Mailing Lists Work for Everyone

*Business DirectBase* (BDB) focuses on professionals and decision-makers in every industry and market. Top-performing lists include: Business DirectBase, Business Decision Makers, and LSC Small Biz/SOHO Uniques BDB.

*Datamatch Consumer DirectBase* provides more than 350 lifestyle and demographic enhancements to consumer files. Top Datamatch lists include: Datamatch Consumer Directbase, Green Living Mail Order Buyers, and American Families Database from Datamatch.

**Exhibit 0025**



*Origins Ethnic DirectBase* adds ethnicity, nationality, spoken language, and religious selects to the same top-notch consumer records. Top ethnic & religious lists include: Origins Ethnic DirectBase, Ethnic Nation Credit Card Buyers, and Ethnic Infomercial Club Members.

The same data that drives the success of LSC's DirectBase lists are also the building blocks for LSC's enhanced lists; files from USA TODAY to Publishers Clearing House. Take advantage of the added bonus an enhanced lists brings to the market.

## How DirectBase Lists Work

DirectBase lists give a distinct advantage over traditional lists and databases: you are able to customize your list, targeting the ideal recipient instead of working within the confining parameters of smaller files. You no longer have to search through hundreds of files to find the ONE with the contacts you require, only to find out that the counts are too low! Combining a sizeable amount of records and selects makes DirectBase mailing lists ultimately flexible to suit your direct marketing needs.

Lists are appended with 160+ demographics, 350+ lifestyle selections, and a full line of business indicators. DirectBase's consumer universe updates 8,000,000 to 10,000,000 names every month. Over 100,000,000 direct mail names a year go through the matching process.

## Contact us at 203-743-2600

**Angela McCluskey**
President, Database Sales & Marketing
angelalsc@listservices.com

**Steve Ruffler**
Vice President
sruffler@listservices.com

Case 4:22-cv-10685-SDK-CI   ECF No. 53-4, PageID.1727   Filed 09/12/24    Page 4 of 4

**Bonny Rodger**

Senior Sales Director

brodger@listsservices.com



**Matt Potts**

Sales Director

mpotts@listservices.com

## Follow LSC & LSC Digital



## List Services Opt-Out CCPA Form

To complete the opt-out request online you must provide a valid address in order to respond to the confirmation email that validates your request.

## Email Newsletters

Sign up to receive the latest company news, articles, and list information from LSC & LSC Digital.

Subscribe now →

## Connect with LSC & LSC Digital

6 Trowbridge Drive PO Box 516, Bethel, CT 06801

(203) 743-2600 |

info@listservices.com

Contact LSC →

 Copyright 2019 List Services Corporation

Home    Data    Media    Technology    Sitemap

Privacy Policy