# Exhibit D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| CHRISTOPHER BATTS; CAROLYN BRAUN; VELMA COLEMAN; JOHNNY SABBAG; and ASHA MAREDDY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GANNETT CO.<br><br>Defendant. | Case No. 4:22-cv-10685-SDK-CI<br><br>Honorable Shalina D. Kumar<br><br>Magistrate Judge Curtis Ivy, Jr. |

## <u>GANNETT CO.'S RULE 26(a)(1) DISCLOSURES</u>

Defendant Gannett Co. ("Gannett"), by its attorneys, hereby makes the following disclosures in accordance with Federal Rule of Civil Procedure 26(a)(1). Gannett makes these disclosures based on its current knowledge. Gannett's investigation of the facts at issue in this case is ongoing; accordingly, Gannett does not represent that it has identified every document, tangible thing, or witness possibly relevant to this action. Gannett submits these disclosures subject to the understanding that they will not limit Gannett's discovery in this action or its right to supplement or amend these disclosures. Gannett does not waive its right to object

to the production of any particular document pertaining to these disclosures on any basis, including, without limitation, attorney-client privilege, the work-product doctrine, any other privilege, relevancy, undue burden, or on any other basis related to discoverability or admissibility.

### 1.    Individuals with Discoverable Information

Gannett provides the following list of individuals or entities who may have relevant information that Gannett may use to support its claims or defenses (excluding individuals who may have information that would be used solely for impeachment) and the subject of the information.  Individuals affiliated with Gannett may be contacted through Gannett's counsel.

| Individual | Affiliation | Subject of Information |
|---|---|---|
| Christepher Batts | Plaintiff | Plaintiff Batts's Claims |
| Carolyn Braun | Plaintiff | Plaintiff Braun's Claims |
| Velma Coleman | Plaintiff | Plaintiff Coleman's Claims |
| Johnny Sabbag | Plaintiff | Plaintiff Sabbag's Claims |
| Asha Mareddy | Plaintiff | Plaintiff Mareddy's Claims |
| Helen Trask | Gannett | Subscriber information; Marketing Practices |

### 2.    Categories of Relevant Documents

Gannett has the following categories of documents, electronically stored information, and tangible things in its possession, custody, or control that it may use

2

to support its claims or defenses (excluding those that may be used solely for impeachment):

      a.      Gannett subscription records for Michigan subscribers.

      b.      Documents regarding Gannett's internal marketing practices related to USA Today newspaper.

The inclusion of categories of documents in these initial disclosures is not an admission or representation that any particular documents, data compilations, electronically stored information, or tangible things exist, or that they are within Gannett's possession, custody, or control, or that they are non-privileged and subject to discovery.

Gannett reserves the right to supplement these initial disclosures to disclose additional categories of documents or information if and when they are identified.

### 3. Computation of Damages

Not applicable.

### 4. Insurance Coverage

Gannett will share information concerning any potential insurance coverage only following entry of a protective order and following the conclusion of the Phase 1 of Limited Discovery (*See* May 24, 2023 Modified Rule 16 Scheduling Order, ECF No. 32).

Gannett reserves its right to amend and supplement all of the above disclosures based on the results of discovery and further investigation.

3

Dated: June 7, 2023

Respectfully submitted,

HONIGMAN LLP

By: /s/ J. Michael Huget
    J. Michael Huget (P39150)
    Robert M. Riley (P72290)
    Jad Sheikali (IL Bar 6324641)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Tel: (313) 465-7000
mhuget@honigman.com
rriley@honigman.com
jsheikali@honigman.com

*Attorneys for Gannett Co.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, I caused an electronic copy of the foregoing document to be served on Plaintiff's counsel at the email addresses listed on the ECF system.

HONIGMAN LLP

By: /s/ Jad Sheikali
    Jad Sheikali (IL Bar 6324641)
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226-3506
Tel: (313) 465-7000
jsheikali@honigman.com