## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

JOHNNY SABBAG, individually and on
behalf of all others similarly situated,

      Plaintiff,

vs.

GANNETT CO.,

      Defendant.

                                      /

Case No. 22-cv-10685
Hon. Shalina D. Kumar
Magistrate Judge Curtis Ivy, Jr.

### STIPULATION FOR BRIEFING SCHEDULE ON
### PLAINTIFF'S MOTION TO COMPEL

WHEREAS, on September 12, 2024, Plaintiff Johnny Sabbag ("Plaintiff) filed his Motion to Compel (ECF No. 52) Defendant, Gannett Co. ("Gannett") to re-open its Fed. R. Civ. P. 30(b)(6) deposition; and

WHEREAS, the parties have agreed to a briefing schedule on Plaintiff's Motion to Compel whereby Gannett will respond to the Motion on or before October 18, 2024 and Plaintiff will file his reply on or before November 8, 2024.

Based on the foregoing, the parties hereby stipulate to entry of the proposed order that has been lodged with the Court in accordance with the Court's practice guidelines.

57637707.1

Respectfully submitted,

HONIGMAN LLP
Attorneys for Defendant

By: /s/ Jad Sheikali
J. Michael Huget (P39150)
Robert M. Riley (P72290)
Jad Sheikali
2290 First National Building
660 Woodward Avenue
Detroit, Michigan  48226-3506
Tel: (313) 465-7000
mhuget@honigman.com
rriley@honigman.com
jsheikali@honigman.com

BURSOR & FISHER, P.A.
Attorneys for Plaintiff

By: /s/ Phillip L. Fraietta (w/ permission)
Joseph I. Marchese
Philip L. Fraietta
888 Seventh Ave.
New York, NY 10019
Tel: (646) 837-7150
jmarchese@bursor.com
pfraietta@bursor.com

HEDIN LLP
Frank S. Hedin
1395 Brickell Ave., Suite 610
Miami, FL 33131
Tel: (305) 357-2107
fhedin@hedinllp.com

E. Powell Miller
Sharon S. Almonrode
Dennis A. Lienhardt
William Kalas
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

2

57637707.1