# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

JOHNNY SABBAG, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

GANNETT CO.,

    Defendant.

                                                               /

Case No. 22-cv-10685
Hon. Shalina D. Kumar
Magistrate Judge Curtis Ivy, Jr.

## ORDER SETTING BRIEFING SCHEDULE
## ON PLAINTIFF'S MOTION TO COMPEL

Upon the parties' Stipulation for Briefing Schedule on Plaintiff's Motion to Compel (ECF No. 52), and the Court otherwise being fully advised in the premises;

**IT IS ORDERED** that Defendant shall respond to Plaintiff's Motion to Compel on or before October 18, 2024 and Plaintiff shall file his reply to the Motion to Compel on or before November 8, 2024.

                                        s/Curtis Ivy, Jr.
                                        U.S. District Court Magistrate Judge

57636833.1