# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

JOHNNY SABBAG, individually and on behalf of all
others similarly situated,

                                 Case No. 22-cv-10685

        Plaintiff,                  Hon. Shalina D. Kumar

                                 Magistrate Judge Curtis Ivy, Jr.

vs.

GANNETT CO.,

        Defendant.

_____/

## NOTICE OF WITHDRAWAL AS COUNSEL

COMES NOW Jad Sheikali and withdraws his appearance as counsel of record on behalf of Defendant Gannett Co., Inc.  Jad Sheikali should be removed from service of further pleadings in this matter.  Attorneys J. Michael Huget and Robert M. Riley of Honigman LLP will continue to represent Gannett Co., Inc. in this matter.

Dated:  October 9, 2024             Respectfully submitted,

                                 By:  /s/ Jad Sheikali
                                 J. Michael Huget (P39150)
                                 Robert M. Riley (P72290)
                                 Jad Sheikali
                                 2290 First National Building
                                 660 Woodward Avenue
                                 Detroit, Michigan  48226-3506
                                 Tel: (313) 465-7000
                                 mhuget@honigman.com
                                 rriley@honigman.com
                                 jsheikali@honigman.com

                                 *Attorneys for Defendant Gannett Co., Inc.*

57677831.1

2

## <u>CERTIFICATE OF SERVICE</u>

I, Jad Sheikali, an attorney, hereby certify that I caused a copy of the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system on October 9, 2024, which will automatically forward notice to all counsel of record.

/s/*Jad Sheikali__*
Jad Sheikali

57677831.1