**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

JOHNNY SABBAG, individually and on
behalf of all others similarly situated,

          Plaintiff,

vs.

GANNETT CO.,

          Defendant.

_____/

Case No. 22-cv-10685
Hon. Shalina D. Kumar
Magistrate Judge Curtis Ivy, Jr.

## **APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Daniel R. Lemon of the law firm of Honigman

LLP hereby enters his appearance on behalf of Defendant Gannett Co. in the above-

referenced matter and requests copies of all papers filed in this case.

Respectfully submitted,

HONIGMAN LLP

By: /s/ Daniel R. Lemon
    J. Michael Huget (P39150)
    Robert M. Riley (P72290)
    Daniel R. Lemon (P85261)
315 East Eisenhower Park Way
Suite 100
Ann Arbor, MI 48108
Tel: (734) 418-4200
mhuget@honigman.com
rriley@honigman.com
dlemon@honigman.com

*Attorneys for Defendant Gannett Co.*

Dated: October 14, 2024

## CERTIFICATE OF SERVICE

This is to certify that on October 14, 2024, a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send the notification to all counsel of record.

Respectfully submitted,

HONIGMAN LLP

By: /s/ Daniel R. Lemon
    J. Michael Huget (P39150)
    Robert M. Riley (P72290)
    Daniel R. Lemon (P85261)
315 East Eisenhower Park Way
Suite 100
Ann Arbor, MI 48108
Tel: (734) 418-4200
mhuget@honigman.com
rriley@honigman.com
dlemon@honigman.com

*Attorneys for Defendant Gannett Co.*