**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

JOHNNY SABBAG, individually and on behalf of all
others similarly situated,

      Plaintiff,

vs.

GANNETT CO.,

      Defendant.

_____/

Case No. 22-cv-10685
Hon. Shalina D. Kumar
Magistrate Judge Curtis Ivy, Jr.

**ORDER**

Jad Sheikali has hereby petitioned the Court for leave to withdraw as attorney for Gannett Co., Inc. in the above captioned case.  Attorneys J. Michael Huget and Robert M. Riley of Honigman LLP will continue to represent Gannett Co., Inc. in this matter.

IT IS HEREBY ORDERED that Jad Sheikali is withdrawn from the above captioned case as attorney for Gannett Co., Inc.

Date: October 15, 2024

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge

Prepared by:

Jad Sheikali (jsheikali@honigman.com)
J. Michael Huget (mhuget@honigman.com) (P39150)
Robert M. Riley (rriley@honigman.com) (P72290)
HONIGMAN LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan  48226-3506
Tel: (313) 465-7000

57705639.1