## INDEX OF EXHIBITS

A.      Email correspondence between counsel dated August 27, 2024.

B.      Deposition Transcript of Tim Spainhour, May 31, 2024.

C.      Plaintiff's Subpoena to Alliance for Audited Media.

D.      Alliance for Audited Media's Response to Plaintiff's Subpoena.

57813821.1