# EXHIBIT A

| | |
|---|---|
| **From:** | Sheikali, Jad <JSheikali@honigman.com> |
| **Sent:** | Tuesday, August 27, 2024 10:57 AM |
| **To:** | Frank Hedin |
| **Cc:** | Phil Fraietta; Joseph Marchese; Gregory A. Mitchell; E. Powell Miller; Riley, Robert M.; Huget, J. Michael |
| **Subject:** | RE: Gannett - motion to reopen discovery |

Frank,

You just told the clerk we are talking about 19 questions. I don't see how we can confer based on the description in your email. We need to know the specific issues that you propose need additional testimony, so we can identify a witness. We are not going to agree to put up four additional witnesses. Rule 30(b)(6) does not require us to do so. Instead, you must describe with reasonable particularity the topics for examination, and we may designate one or more individuals to testify on those issues.

Best,

Jad


Jad Sheikali

_____

**HONIGMAN LLP**
O  312.701.9383
M  770.560.1098
jsheikali@honigman.com


This e-mail may contain confidential or privileged information.  If you are not the intended recipient, please delete it and notify the sender of the error.

**From:** Frank Hedin <fhedin@hedinllp.com>
**Sent:** Tuesday, August 27, 2024 9:44 AM
**To:** Sheikali, Jad <JSheikali@honigman.com>
**Cc:** Phil Fraietta <pfraietta@bursor.com>; Joseph Marchese <jmarchese@bursor.com>; Gregory A. Mitchell <gam@millerlawpc.com>; E. Powell Miller <epm@millerlawpc.com>
**Subject:** Re: Gannett - motion to reopen discovery

**[EXTERNAL EMAIL]**

Jad,
The matters that we seek to elicit testimony regarding in a reopened 30b6 deposition are the matters that Ms. Trask was unable to provide testimony about during her deposition, and those matters are all reflected in the transcript attached to this email.  We'd specifically request that Howell Sizemore, Tom Argiriou, Rick Baker, and Jay Guthrie be available to answer questions concerning the matters as to which they were identified by Ms. Trask as being the most knowledgeable.

Frank S. Hedin
**HEDIN LLP**

1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 357-2107
Fax: + 1 (305) 200-8801

---

**From:** Sheikali, Jad <JSheikali@honigman.com>
**Date:** Tuesday, August 27, 2024 at 10:39 AM
**To:** Frank Hedin <fhedin@hedinllp.com>
**Cc:** Phil Fraietta <pfraietta@bursor.com>, Joseph Marchese <jmarchese@bursor.com>, Gregory A. Mitchell <gam@millerlawpc.com>, E. Powell Miller <epm@millerlawpc.com>
**Subject:** RE: Gannett - motion to reopen discovery

Frank,

If you are able to provide the 19 or so questions you seek testimony on, I can run those by Gannett in advance of our call.

Best,

Jad


Jad Sheikali

_____

**HONIGMAN LLP**
O  312.701.9383
M  770.560.1098
jsheikali@honigman.com


This e-mail may contain confidential or privileged information.  If you are not the intended recipient, please delete it and notify the sender of the error.

---

**From:** Sheikali, Jad
**Sent:** Tuesday, August 27, 2024 9:15 AM
**To:** Frank Hedin <fhedin@hedinllp.com>
**Cc:** Phil Fraietta <pfraietta@bursor.com>; Joseph Marchese <jmarchese@bursor.com>; Gregory A. Mitchell <gam@millerlawpc.com>; E. Powell Miller <epm@millerlawpc.com>
**Subject:** RE: Gannett - motion to reopen discovery

Frank, I am in trial tomorrow, but can chat between 12pm EST to 2pm EST on Thursday or Friday. To make the call most productive, it would be helpful to know in advance (i) which 30(b)(6) topics Plaintiff seeks to reopen and (ii) whether Plaintiff seeks to re-open any other discovery besides those 30(b)(6) topics.

Best,

Jad

---

**From:** Frank Hedin <fhedin@hedinllp.com>
**Sent:** Tuesday, August 27, 2024 9:12 AM
**To:** Sheikali, Jad <JSheikali@honigman.com>

2

**Cc:** Phil Fraietta <pfraietta@bursor.com>; Joseph Marchese <jmarchese@bursor.com>; Gregory A. Mitchell <gam@millerlawpc.com>; E. Powell Miller <epm@millerlawpc.com>
**Subject:** Gannett - motion to reopen discovery

**[EXTERNAL EMAIL]**

Jad:

Please provide your availability tomorrow or Thursday to meet and confer on plaintiff's forthcoming motion to reopen discovery to, inter alia, continue defendant's 30b6 deposition on the matters that Ms. Trask was unable to testify about.  Thanks.

Frank

Frank S. Hedin

**HEDIN** LLP

1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 357-2107
Fax: + 1 (305) 200-8801

3