# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

JOHNNY SABBAG,

          Plaintiff,

v.                    Civil Action No. 4:22-cv-10685

GANNETT CO.,

          Defendant.

_____

VIDEOTAPED ORAL DEPOSITION

OF

TIM SPAINHOUR

(Taken May 31, 2024, at 12:00 p.m.)

_____

Page 1

APPEARANCES

(ALL APPEARANCES VIA VIDEOCONFERENCE)

ON BEHALF OF THE PLAINTIFF:

PHILIP L. FRAIETTA, ESQUIRE

BURSOR & FISHER, P.A.

1330 AVENUE OF THE AMERICAS, 32ND FLOOR

NEW YORK, NEW YORK  10019

646-837-7150

ON BEHALF OF THE DEFENDANT:

JAD SHEIKALI, ESQUIRE

HONIGMAN LLP

155 NORTH WACKER DRIVE, SUITE 3100

CHICAGO, ILLINOIS  60606

312-701-9300

ON BEHALF OF THE WITNESS:

JORDAN ABBOTT, ESQUIRE

ACXIOM LLP

301 EAST DAVE WARD DRIVE

CONWAY, ARKANSAS  72032

888-322-9466

ALSO APPEARING:  CHARLIE QUIROZ,

VIDEOGRAPHER; DOUG HOFFMAN, VIDEO TECH

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

INDEX

STYLE AND NUMBER                                          1

APPEARANCES                                               2

CAPTION                                                   5

WITNESS:   TIM SPAINHOUR

           Examination by Mr. Fraietta              6

           Examination by Mr. Sheikali             68

           Further Examination by Mr. Fraietta     82

           Deposition Concluded                    84

COURT REPORTER'S CERTIFICATE                        85

EXHIBITS

EXHIBIT 1 - Subpoena to Provide Testimony          12

EXHIBIT 2 - Subpoena to Produce Documents          14

EXHIBIT 3 - Data Agreement                         15

EXHIBIT 4 - Data Agreement                         22

EXHIBIT 5 - Install InfoBase Order Form            30

EXHIBIT 6 - REA_InfoBase Order Form                33

EXHIBIT 7 - Amendment 2                            41

EXHIBIT 8 - Amendment 3                            44

EXHIBIT 9 - Amendment 4                            49

EXHIBIT 10 - Amendment 5                           53

EXHIBIT 11 - Amendment 6                           55

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

EXHIBIT 12 - Amendment 7                              56

EXHIBIT 13 - Amendment 8                              56

EXHIBIT 14 - Data Retention Policy                    57

EXHIBIT 15 - Excel spreadsheet                        60

EXHIBIT 16 - Witness's notes                          64

Page 4

CAPTION

ANSWERS AND VIDEOTAPED ORAL DEPOSITION OF TIM SPAINHOUR, a witness produced at the request of the Plaintiff, taken in the above-styled and numbered cause on the 31st day of May, 2024, before Kristina R. Gray, Arkansas Supreme Court Certified Court Reporter #725, at 12:00 p.m., via Zoom videoconference, Fayetteville, Arkansas, pursuant to the agreement hereinafter set forth.

* * * * * * * * * *

STIPULATIONS

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel that the oral deposition of TIM SPAINHOUR may be taken for any and all purposes according to the Federal Rules of Civil Procedure.

Page 5

PROCEEDINGS

WHEREUPON,

TIM SPAINHOUR,

Having been first duly sworn, was

examined and testified as follows:

EXAMINATION

Q    Good afternoon, Mr. Spainhour.  Did I pronounce    12:00:30PM
that correctly?                                          12:00:30PM

A    You did.  Good afternoon.                           12:00:30PM

Q    Thank you for being here today.  Can you please    12:00:32PM
state your name and address for the record?             12:00:35PM

A    Full name is Claude Timothy Spainhour.  I go by    12:00:37PM
Tim.  My physical address is 1810 North Clifton in      12:00:42PM
Fayetteville, Arkansas 72701.                            12:00:45PM

Q    So we met briefly before we went on the record,    12:00:52PM
but for purposes of the record, I'm going to introduce   12:00:56PM
myself again.  My name is Phil Fraietta.  I am one of    12:00:59PM
the lawyers who represents the plaintiff in this         12:01:03PM
action, and I'm going to be asking you some questions    12:01:05PM
today.  Do you understand that?                          12:01:08PM

A    I do.                                               12:01:10PM

Q    Have you ever been deposed before?                  12:01:11PM

A    I have.                                             12:01:13PM

Q    How many times approximately?                       12:01:15PM

A    I have been deposed once or twice.  I have          12:01:16PM

Page 6

conducted depositions many times.                          12:01:21PM

Q    Are you an attorney?                                  12:01:24PM

A    I am.                                                 12:01:25PM

Q    Okay.  So I'm going to skip through some of the       12:01:27PM
ground rules then, but you understand that you're          12:01:31PM
testifying under oath?                                     12:01:33PM

A    I do, yes.                                            12:01:35PM

Q    And you understand that you have been designated      12:01:37PM
as the corporate representative for Acxiom Corporation     12:01:40PM
today, right?                                              12:01:44PM

A    I do.  Acxiom LLC now.                                12:01:45PM

Q    Okay.  And when I say "Acxiom," I'm referring to      12:01:50PM
Acxiom LLC and its predecessor corporate entities.  If     12:01:52PM
I say "you," I am also referring to Acxiom unless          12:01:59PM
there's a reason I need to clarify it.  If so, feel        12:01:59PM
free to do so.                                             12:01:59PM

A    Okay.                                                 12:01:59PM

Q    What did you do to prepare for this deposition?       12:02:00PM

A    I reviewed my notes from when I responded to the      12:02:19PM
form of a subpoena.  It really was like a request for      12:02:25PM
production of documents, I guess, but the original         12:02:28PM
subpoena that I received back in January.  I reviewed      12:02:30PM
the notes of my workpapers preparing the responses to      12:02:34PM
that.                                                      12:02:37PM

Q    Anything else?                                        12:02:40PM

Page 7

A    We had some follow-up calls to get some details    12:02:41PM

from business records that I had referred to in those    12:02:47PM

responses.    12:02:50PM

Q    Who had follow-up calls?    12:02:53PM

A    Jordan and I with a business records custodian    12:02:58PM

that we were able to get access to some older documents    12:03:02PM

from.    12:03:05PM

Q    Okay.  Did you speak with anybody other than    12:03:06PM

Jordan about this deposition outside of Jordan's    12:03:13PM

presence?    12:03:19PM

A    No.    12:03:20PM

Q    Are you currently employed by Acxiom?    12:03:22PM

A    I am.    12:03:33PM

Q    What is your current job?    12:03:36PM

A    I'm a senior compliance attorney on the privacy    12:03:37PM

team reporting to Jordan.    12:03:39PM

Q    How long have you been an employee of Acxiom?    12:03:44PM

A    Since April 1998.    12:03:48PM

Q    And how long have you held your current position?    12:03:52PM

A    Two years.    12:03:56PM

Q    Have you always worked in a legal capacity for    12:03:59PM

Acxiom?    12:04:01PM

A    I have.    12:04:02PM

Q    Can you give me some general background about    12:04:12PM

Acxiom?  What does the company do?    12:04:13PM

Page 8

A    Acxiom has essentially two lines of business.  We   12:04:18PM
have a data business where we compile and create   12:04:21PM
products for use by companies in their marketing   12:04:27PM
efforts, and then we also have a servicing side of the   12:04:31PM
house where we provide services for clients in support   12:04:35PM
of their marketing efforts.   12:04:39PM

Q    During the 2015/2016 time window, was Gannett a   12:04:48PM
client of Acxiom?   12:04:56PM

A    I believe so, yes.   12:04:58PM

Q    And was Gannett a client with respect to that   12:05:01PM
first bucket of business you described, second bucket,   12:05:06PM
or both?   12:05:09PM

A    They were a licensee of our data products, so the   12:05:10PM
first bucket.   12:05:11PM

Q    So Gannett would license from Acxiom during that   12:05:14PM
2015 to '16 time period?   12:05:29PM

A    Correct.   12:05:33PM

Q    Were you the point of contact for the Gannett   12:05:35PM
relationship at that time?   12:05:40PM

A    I was not.   12:05:41PM

Q    Do you know who was?   12:05:42PM

A    No.  I have -- we can look at who signed the   12:05:43PM
contracts over time.  That's where I started in the   12:05:48PM
production, but those people are no longer at Acxiom.   12:05:52PM

Q    Is Gannett still a client of Acxiom today?   12:05:59PM

Page 9

A    They are not.    12:06:03PM

Q    Is there anybody at Acxiom who worked on the    12:06:04PM
Gannett team was Gannett was a client of Acxiom?    12:06:15PM

A    No.    12:06:21PM

Q    Do you have any other screens open on your    12:06:24PM
computer other than the deposition and the Exhibit    12:06:46PM
Share?    12:06:47PM

A    Actually, I am just on my laptop.  I have a single    12:06:51PM
screens, so all I'm seeing is the call with all of the    12:06:53PM
participants' faces.    12:06:58PM

Q    Do you have any notes in front of you?    12:07:01PM

A    I have my little summary sheet of what each of the    12:07:08PM
agreements and amendments had, what each amendment did,    12:07:12PM
take away or add to.  It's just my shortcut notes for    12:07:20PM
what's in the agreements.    12:07:23PM

Q    Okay.    12:07:27PM

        MR. FRAIETTA:  Jordan, I'm going to    12:07:31PM
    request the production of that, those notes.    12:07:32PM

        MR. ABBOTT:  Okay.    12:07:36PM

        MR. FRAIETTA:  We can do that during a    12:07:39PM
    break perhaps.    12:07:39PM

        MR. ABBOTT:  Okay.  Tim, I'll ask you to    12:07:41PM
    screenshot it.  Take a picture with your    12:07:47PM
    phone, and then send it to me and I'll share    12:07:49PM
    it to him, okay?  It's not a big deal.    12:07:53PM

Page 10

BY MR. FRAIETTA:                                         12:07:58PM

Q    I'd like to direct your attention to the Exhibit    12:07:59PM
Share.  I'm going to share an exhibit.  I'm not sure if  12:08:02PM
you've participated in a virtual deposition before, but  12:08:10PM
this will be very much like a real in-person             12:08:12PM
deposition.  The document will be presented to you with  12:08:15PM
an exhibit sticker on it.                                12:08:19PM

A    I have participated in virtual depositions.  It     12:08:24PM
did not include the document share, so this will be new  12:08:24PM
for me.                                                  12:08:27PM

          MR. SHEIKALI:  Do we need to separately        12:09:08PM
          access anything on our end or is it just       12:09:08PM
          going to come up on the screen?                12:09:08PM

          MR. FRAIETTA:  Yeah, you should have           12:09:08PM
          received a link for Exhibit Share, Jad.  You   12:09:08PM
          as well, Tim and Jordan.                       12:09:08PM

          MR. ABBOTT:  I did as well.  I asked           12:09:17PM
          him.  He did not and we assume it was because  12:09:17PM
          he was the witness.  Can you search again?     12:09:17PM
          Well, just don't do anything yet, Tim.  How    12:09:17PM
          should we handle this, Phil?                   12:09:17PM

          MR. FRAIETTA:  Can we go off the record        12:09:17PM
          for a moment?                                  12:09:17PM

          (WHEREUPON, after a break was taken, the       12:25:39PM
          proceedings resumed as follows:)               12:25:39PM

Page 11

THE VIDEOGRAPHER:  We are now on the          12:25:39PM
record.  The time is 12:25 p.m., and this is   12:25:39PM
Media Two.                                      12:25:39PM

BY MR. FRAIETTA:                                12:25:47PM

Q    Okay.  Mr. Spainhour, do you have access to the   12:25:49PM
Exhibit Share now?                             12:25:52PM

A    I do.  I've not ever used it before, so talk me   12:25:54PM
through how you want me to do.                 12:25:56PM

Q    If you go to the marked exhibits folder and   12:26:04PM
refresh your browser, you should see an exhibit marked   12:26:04PM
as Exhibit No. 1.                              12:26:04PM

(WHEREUPON, a document was marked for   12:26:06PM
identification as Exhibit No. 1.)              12:26:06PM

A    I do.  I see a link to that.  Do I click on the   12:26:07PM
link?                                          12:26:09PM

Q    Yes.                                      12:26:51PM

MR. SHEIKALI:  I'm sorry.  I'm in the   12:26:52PM
marked exhibits folder and it's empty.         12:26:52PM

MR. FRAIETTA:  Try refreshing your     12:26:52PM
browser, Jad.                                  12:26:52PM

A    I have a single laptop screen, so I can have the   12:26:52PM
exhibit open full screen and not see anything on the   12:26:52PM
deposition or I can have the deposition, so bear with   12:26:52PM
me as we move back and forth.                  12:26:52PM

BY MR. FRAIETTA:                                12:26:52PM

Page 12

Q    Sure.                                                    12:26:52PM

            MR. FRAIETTA:  Jad, do you have it?               12:26:52PM

            MR. SHEIKALI:  Yeah, I'm all set.                 12:26:52PM

BY MR. FRAIETTA:                                              12:26:52PM

Q    Mr. Spainhour, have you seen this document before       12:26:52PM
that's been marked as Exhibit 1?                             12:26:54PM

A    I have.                                                  12:26:57PM

Q    Can you tell me what it is?                             12:26:59PM

A    It's the subpoena for me to appear at this              12:27:00PM
deposition.                                                   12:27:02PM

Q    And you understand that you have been designated        12:27:05PM
by Acxiom to testify about the matters contained in the      12:27:07PM
subpoena?                                                     12:27:11PM

A    Yes, I understand.                                       12:27:12PM

Q    Is there anything in the subpoena that you are          12:27:15PM
unable to testify to?                                         12:27:18PM

A    I'm reviewing quickly.  These are the same              12:27:22PM
requests that were issued back in January, correct?          12:27:31PM

Q    That's correct.                                          12:27:34PM

A    No.  I am able to respond to all of these               12:27:35PM
questions.                                                    12:27:38PM

Q    You can set that document aside.                         12:27:41PM

     I'm going to introduce another document as Exhibit      12:27:47PM
2.  Again, if you will refresh your browser,                 12:27:50PM
momentarily you should see Exhibit 2.                        12:27:54PM

Page 13

(WHEREUPON, a document was marked for                12:27:58PM

identification as Exhibit No. 2.)                    12:27:58PM

A     Okay.  I have that open.                        12:28:09PM

Q     Do you have what's been marked as Exhibit 2?   12:28:11PM

A     Yes.                                            12:28:20PM

Q     Have you seen this before?                      12:28:20PM

A     I have.                                         12:28:23PM

Q     What is it?                                     12:28:25PM

A     The original subpoena for production of documents   12:28:25PM
we received earlier this year.                       12:28:29PM

Q     And if you scroll down to page five of the     12:28:33PM
document, you see a bold title in the middle of the  12:28:38PM
page.  It says "documents requested."                12:28:43PM

A     Yes.                                            12:28:45PM

Q     Did Acxiom search for all documents in its     12:28:47PM
possession, custody, control that are responsive to  12:28:51PM
these document requests 1 through 16?                12:28:55PM

A     I did.                                          12:28:58PM

Q     And Acxiom found responsive documents and produced   12:29:00PM
them to plaintiff's counsel in this action, correct?  12:29:04PM

A     Yes.                                            12:29:07PM

Q     Are there any requests 1 through 16 that Acxiom   12:29:10PM
did not search for responsive documents pursuant to?  12:29:21PM

A     No.                                             12:29:25PM

Q     You can set that aside.  I'm going to mark another  12:29:28PM

Page 14

document as Exhibit 3.                                    12:29:47PM

                    (WHEREUPON, a document was marked for   12:29:48PM

             identification as Exhibit No. 3.)            12:29:48PM

A    Okay.  I have it.                                     12:30:22PM

Q    Do you have what's been marked as Exhibit No. 3?     12:30:25PM

A    I do.                                                 12:30:27PM

Q    Have you seen this before?                           12:30:28PM

A    Yes.                                                  12:30:29PM

Q    What is it?                                          12:30:30PM

A    It's the first data -- it's the data agreement       12:30:31PM

that was initially put in place in February of 2006       12:30:36PM

where Gannett began its licensing of Acxiom data.         12:30:40PM

Q    And on the first page of the document in the         12:30:50PM

middle, there is a table.  Do you see that?               12:30:57PM

A    Yes.                                                  12:30:59PM

Q    And the table indicates on the first row -- the      12:30:59PM

second row, rather, that Acxiom had selected InfoBase     12:31:06PM

Enhancement.  Do you see that?                            12:31:10PM

A    Correct.                                              12:31:12PM

Q    Let me rephrase that.  Gannett selected InfoBase     12:31:15PM

Enhancement, correct?                                     12:31:20PM

A    Yes.                                                  12:31:21PM

Q    And what is InfoBase Enhancement?                    12:31:24PM

A    It's our -- InfoBase is the brand of our data        12:31:27PM

products.  Enhancement data is where we have              12:31:30PM

Page 15

demographic data that can be appended to an input          12:31:34PM

record.                                                     12:31:34PM

Q    And in order for that process to work, the client,     12:31:41PM

in this case, Gannett, would need to provide some sort      12:31:44PM

of an input file, Acxiom would then append the              12:31:47PM

demographic data to the inputs and send that back in an     12:31:51PM

output file; is that correct?                               12:31:55PM

A    That's correct.                                        12:31:57PM

Q    And on the next row down, it appears that Gannett      12:32:00PM

also selected InfoBase List.  Do you see that?              12:32:03PM

A    Yes.                                                   12:32:08PM

Q    What is the difference of InfoBase Enhancement and     12:32:10PM

InfoBase List?                                              12:32:12PM

A    InfoBase List is where the client can provide the      12:32:14PM

demographic data that they're interested in using to        12:32:20PM

build a target population.  We run that against our         12:32:23PM

InfoBase List product and provide back the contact          12:32:27PM

information for the audience that they want to solicit.     12:32:31PM

Q    So Gannett purchased both products from Acxiom in      12:32:37PM

February of 2006?                                           12:32:43PM

A    Yes.  They had a license to get both of those          12:32:45PM

products, correct.                                          12:32:47PM

Q    Okay.  And if we turn to the next page, page 2, at     12:32:50PM

Section 3 of the agreement, that is the granting of the     12:32:53PM

license, correct?                                           12:32:58PM

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

A    Correct.                                              12:32:59PM

Q    So Acxiom -- and I'm looking at 3.2 here -- I'm       12:33:02PM
sorry, 3.1.  Acxiom granted Gannett a limited             12:33:10PM
non-transfer verbal and non-exclusive license to          12:33:12PM
possess and use the products, so on and so forth,         12:33:17PM
correct?                                                  12:33:22PM

A    Correct.                                              12:33:23PM

Q    So Gannett's use of Acxiom's products is limited      12:33:23PM
by this license, right?  It's not a complete              12:33:26PM
free-for-all to do whatever it wants?                     12:33:30PM

A    That is correct.                                      12:33:33PM

Q    And by the same token, Gannett granted Acxiom a       12:33:35PM
license to possess and use its data as necessary to       12:33:39PM
provide the products in Paragraph 3.2, correct?           12:33:44PM

A    Correct.                                              12:33:47PM

Q    And, again, Acxiom's permitted uses of that data      12:33:49PM
are restricted by this agreement?                         12:33:54PM

A    They are.                                             12:33:56PM

Q    And Paragraph 6 of this agreement speaks to the       12:33:58PM
permitted uses and restrictions of the data, right?       12:34:02PM

A    It does.                                              12:34:06PM

Q    And on page 6 of the agreement, there are             12:34:09PM
signatures from a representative of Gannett and a          12:34:27PM
representative of Acxiom, correct?                         12:34:29PM

A    Correct.                                              12:34:33PM

Page 17

Q    Was this agreement in place in the 2015 to 2016     12:34:35PM
timeframe?     12:34:51PM

A    It was.     12:34:53PM

Q    When did this agreement cease to be operative?     12:34:55PM

A    I don't have any record of a formal termination of     12:35:01PM
the agreement, but it would have been sometime after     12:35:04PM
2019, which is when the last amendment we had record of     12:35:11PM
would have been put in place.     12:35:14PM

Q    And this agreement was amended then during the     12:35:18PM
course of that 10-year window from 2006 to 2016?     12:35:22PM

A    It was.     12:35:27PM

Q    I'd like to direct your attention to page 7 of the     12:35:29PM
agreement.     12:35:42PM

A    Yes.     12:35:47PM

Q    This is Exhibit A to the agreement, correct?     12:35:48PM

A    It is, yes.     12:35:54PM

Q    And this exhibit lists the affiliates of Gannett     12:35:55PM
that are participants in the agreement?     12:36:01PM

        MR. SHEIKALI:  Object to the form.     12:36:06PM

A    That had the right to participate in the     12:36:07PM
agreement.     12:36:08PM

BY MR. FRAIETTA:     12:36:08PM

Q    That had the right to participate in the     12:36:15PM
agreement; is that what you said?     12:36:12PM

A    Yes.  They would have the right to obtain data     12:36:13PM

Page 18

under this agreement.                                    12:36:16PM

Q     Okay.  And then if I direct your attention to page 12:36:19PM

9.                                                       12:36:22PM

A     Yes.                                               12:36:27PM

Q     Towards the bottom, the word "Michigan" appears.   12:36:27PM

A     Yes.                                               12:36:32PM

Q     And then below that is a listing of a number of   12:36:32PM

what appear to be newspapers in Michigan that are        12:36:37PM

participants to the agreement, right?                    12:36:40PM

A     Yes.                                               12:36:43PM

Q     And one of those participants on page 10 is The   12:36:45PM

Detroit Free Press; is that correct?                     12:36:49PM

A     Yes.                                               12:36:53PM

Q     You can set this document aside for now.          12:36:55PM

Actually, I'm sorry.  Don't set this aside.  I have      12:37:25PM

some more questions.                                     12:37:35PM

      I'd like to direct your attention to page 19 of    12:37:36PM

the agreement.                                           12:37:38PM

A     Okay.  Let me get back there.  Okay.              12:37:41PM

Q     This is the schedule to the data agreement; is    12:37:55PM

that right?                                              12:37:58PM

A     Yes.                                               12:37:59PM

Q     And this schedule pertains to the InfoBase        12:37:59PM

Enhancement that we discussed earlier?                   12:38:05PM

A     It does.                                           12:38:07PM

Page 19

Q    And then on the next page, page 20, Paragraph d(1)    12:38:10PM
is entitled "Enhanced List Rental."  Do you see that?    12:38:27PM

A    Yes.    12:38:35PM

Q    What is Enhanced List Rental?    12:38:36PM

A    Well, as it says there, the client can direct    12:38:40PM
Acxiom to enhance client data with consumer demographic    12:38:42PM
elements from the products to be used for internal    12:38:47PM
selection purposes and to manage clients' list rental    12:38:50PM
file, in which case Acxiom will create and furnish a    12:38:53PM
direct marketing list to third parties called Enhanced    12:38:56PM
List Rental upon client's request.    12:39:00PM

Q    Do you have an understanding of what list rental    12:39:04PM
is?    12:39:06PM

A    Yes.  List rental is when you can make a list    12:39:07PM
available to third parties for their marketing use.    12:39:11PM

Q    And Enhanced List Rental means that you can select    12:39:15PM
a particular demographic or geographic selects to limit    12:39:20PM
the data to that set of criteria, correct?    12:39:28PM

A    That's correct.    12:39:31PM

Q    Did Gannett ever direct Acxiom to enhance its    12:39:34PM
client data with consumer data elements to use for    12:39:43PM
Enhanced List Rental?    12:39:46PM

            MR. SHEIKALI:  Objection.    12:39:48PM

A    I have found no evidence of any Enhanced List    12:39:52PM
Rental process being requested.    12:39:55PM

Page 20

BY MR. FRAIETTA:                                     12:39:59PM

Q    But Gannett did utilize the InfoBase Enhancement    12:40:00PM
product, correct?                                    12:40:09PM

A    Yes.                                            12:40:12PM

Q    Do you know when Gannett utilized the InfoBase    12:40:15PM
Enhancement product?                                 12:40:17PM

A    I don't have actual dates that it would have    12:40:21PM
occurred, but they had the right to do InfoBase    12:40:23PM
Enhancement.                                         12:40:28PM

Q    Do you know if any InfoBase Enhancement was    12:40:30PM
performed in 2015?                                   12:40:32PM

A    I do not have any evidence that it was performed    12:40:36PM
in 2015.  And, actually, there is no -- I believe in my 12:40:39PM
responses I pointed out we do not have amendment one in 12:40:46PM
our files, so I don't know what amendment one actually    12:40:50PM
did, but the only reference to an enhancement is in the 12:40:54PM
original data agreement.  There is nothing after that    12:40:59PM
that referenced InfoBase Enhancement modifications, et    12:41:02PM
cetera.  So I don't know if any rights continued beyond 12:41:05PM
amendment one or not, but there's no evidence that any    12:41:10PM
changes were made to any rights to use InfoBase    12:41:13PM
Enhancement beyond the initial license.             12:41:16PM

Q    Do you know if InfoBase Enhancement was used in    12:41:20PM
2016?                                                12:41:23PM

A    I have no evidence of that.                    12:41:25PM

Page 21

Q    Then turning to page 21 of this agreement, is the   12:41:29PM
InfoBase List data schedule, correct?   12:41:35PM

A    It is.   12:41:39PM

Q    Do you know if InfoBase List was used by Gannett   12:41:42PM
in 2015?   12:41:46PM

A    No.  I don't believe -- I have no evidence that it   12:41:49PM
was and I don't believe that it was because at that   12:41:52PM
time they had a filed -- an InfoBase List filed   12:41:54PM
install.   12:41:58PM

Q    Would the answer be the same for 2016?   12:42:01PM

A    Correct.   12:42:04PM

Q    And what is an InfoBase List file install?   12:42:07PM

A    That is where our complete InfoBase List file is   12:42:09PM
provided to the client for their internal use to create   12:42:14PM
their own lists or analytics.   12:42:21PM

Q    So the client gets access to Acxiom's list; is   12:42:27PM
that correct?   12:42:33PM

A    Correct.   12:42:34PM

Q    You can set this document aside.   12:42:36PM

I'm going to produce another exhibit here   12:43:04PM
momentarily.   12:43:06PM

A    Okay.   12:43:08PM

Q    I have introduced Exhibit 4.  Please let me know   12:43:21PM
when you have it in front of you.   12:43:24PM

(WHEREUPON, a document was marked for   12:43:28PM

Page 22

        identification as Exhibit No. 4.)                12:43:28PM

A    Downloading it now.  Okay.  I have it.             12:43:29PM

Q    Do you have the document that's been marked as     12:43:32PM

Exhibit 4?                                              12:43:34PM

A    Yes.                                               12:43:37PM

Q    Have you seen it before?                           12:43:38PM

A    I don't know that I've seen this one before.       12:43:39PM

Q    I will represent to you that this document was     12:43:57PM

produced by Acxiom in response to the subpoena.        12:43:59PM

A    Okay.  I just didn't recognize it.  Okay.          12:44:03PM

Q    And looking at it now, can you tell me what it is? 12:44:07PM

A    It's a data agreement dated September 7, 2005.     12:44:10PM

Q    And it's an agreement between USA Today, a         12:44:18PM

division of Gannett Satellite Information Network,      12:44:20PM

Inc., and Acxiom, correct?                             12:44:24PM

A    Yes.                                               12:44:26PM

Q    Do you know why Gannett had a separate data        12:44:28PM

agreement for USA Today?                                12:44:31PM

A    I do not.                                          12:44:35PM

Q    Was -- strike that.                                12:44:41PM

     Did Acxiom assign different accounts to Gannett    12:44:48PM

and USA Today?                                          12:44:50PM

A    I don't know.                                      12:44:56PM

Q    If we look at this data state agreement on the     12:44:59PM

first page, again, it appears that USA Today, a        12:45:05PM

Page 23

division of Gannett, purchased the InfoBase Enhancement     12:45:12PM

and InfoBase List products, correct?     12:45:16PM

A     Yes.     12:45:21PM

Q     They also appeared to have purchased InfoBase     12:45:23PM

eProducts, correct?     12:45:24PM

A     Yes.     12:45:27PM

Q     What are InfoBase eProducts?     12:45:29PM

A     EProducts have to do with the e-mail addresses, so     12:45:32PM

e-mail append or reverse e-mail append.     12:45:38PM

Q     And what is "e-mail append"?     12:45:45PM

A     Sending a name and an address, and if we have an     12:45:48PM

e-mail that matches to that, we provide the e-mail.     12:45:49PM

Q     And what is "reverse e-mail append"?     12:45:56PM

A     You send us an e-mail address, and if we have a     12:45:58PM

match, we return name and address associated with that     12:46:01PM

e-mail.     12:46:04PM

Q     And then finally it looks like USA Today selected     12:46:07PM

Postal Optimization Products.     12:46:12PM

A     Yes.     12:46:14PM

Q     There appear to be a number of products listed     12:46:17PM

there.     12:46:19PM

A     Right.     12:46:20PM

Q     Can you describe what those products are?     12:46:20PM

A     In general, it's address hygiene, so making sure     12:46:22PM

that the address is in the format that the Postal     12:46:27PM

Page 24

Service prefers to get the best pricing.  Best address   12:46:30PM
is part of that, which is our product that looks for   12:46:36PM
new addresses for an individual.  We can also run the   12:46:40PM
address ability or NCOA, which is the Postal -- we're a 12:46:45PM
licensee of the national change of address file.  We   12:46:47PM
can run that on behalf of a client.  It's just   12:46:52PM
improving address deliverability on a particular   12:46:55PM
record.   12:46:58PM

Q    Okay.  Directing your attention to the second page 12:47:00PM
of the document, again, we have a Paragraph 3 that   12:47:04PM
lists a client license and an Acxiom license.   12:47:10PM

A    Okay.  That page is upside down in here, but yes,   12:47:18PM
it's the license grant both directions, correct.   12:47:19PM

Q    I apologize.   12:47:24PM

A    That's okay.  If I provided it, I may very well   12:47:25PM
have provided it that way.   12:47:29PM

Q    Okay.  And like the other agreement we looked at,   12:47:33PM
this means that Acxiom grants to USA Today of its   12:47:37PM
license to use its data is not unlimited, right?   12:47:42PM

A    That's correct.   12:47:48PM

Q    And the same thing with USA Today's grant to   12:47:48PM
Acxiom to use its data?   12:47:52PM

A    Correct.   12:47:54PM

            MR. ABBOTT:  Tim, if you need to rotate   12:47:56PM
        the view, there's the third button and it   12:48:01PM

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

says "view controls."                                    12:48:02PM

          THE WITNESS:  Yeah, I've got it.               12:48:06PM

BY MR. FRAIETTA:                                          12:48:10PM

Q    And then Paragraph 6 discusses again permitted      12:48:10PM

uses and restrictions, right?                            12:48:13PM

A    Yes.                                                 12:48:15PM

Q    Acxiom is not a part of Gannett, right?  It's a     12:48:17PM

separate and independent company?                        12:48:27PM

A    Correct.                                             12:48:28PM

Q    And Gannett is one of many clients of Acxiom?       12:48:28PM

A    Yes.                                                 12:48:31PM

Q    Or I should say was one of many clients.  It's no   12:48:32PM

longer a client, correct?                                12:48:35PM

A    Yes.                                                 12:48:36PM

Q    And during the 2015 to '16 time period, Acxiom had  12:48:37PM

many clients?                                            12:48:41PM

A    Yes.                                                 12:48:42PM

Q    Does Acxiom share any sort of physical facilities   12:48:44PM

with Gannett?                                            12:48:47PM

A    We do not.                                           12:48:48PM

Q    Did Acxiom ever share a physical facility with      12:48:50PM

Gannett?                                                 12:48:52PM

A    Not to my knowledge.                                12:48:54PM

Q    During the 2015 to '16 time period, did Acxiom and  12:48:56PM

Gannett share personnel?                                 12:49:00PM

Page 26

A    No.                                                    12:49:03PM

Q    And during the 2015 to '16 time period, did           12:49:05PM
Gannett pay Acxiom money to use its services?              12:49:10PM

A    Yes.                                                   12:49:15PM

Q    During the 2015 to '16 time period, did Gannett       12:49:22PM
have the ability to control how Acxiom did its work?       12:49:28PM

            MR. SHEIKALI:  Objection, form.                12:49:35PM

A    I don't understand the question.                      12:49:38PM

BY MR. FRAIETTA:                                           12:49:40PM

Q    I can rephrase that.  During the 2015 to '16 time     12:49:40PM
period, did Acxiom have the freedom to perform its         12:49:43PM
services how it saw fit?                                   12:49:50PM

A    Yes.                                                  12:49:54PM

Q    Gannett did not control the day-to-day operations     12:49:55PM
of Acxiom, did it?                                         12:49:59PM

A    No, it did not.                                       12:50:00PM

Q    And if you turn to page -- it has a notation P7 on    12:50:04PM
the top right-hand corner, but I believe it's actually     12:50:17PM
page 6 of the document.                                    12:50:19PM

A    Okay.                                                 12:50:23PM

Q    Again, this is the schedule to the data agreement,    12:50:25PM
right?                                                     12:50:28PM

A    Yes.                                                  12:50:28PM

Q    And, again, this is the schedule pertaining to        12:50:29PM
InfoBase Enhancement?                                      12:50:31PM

Page  27

A    It is.                                                    12:50:33PM

Q    You can please now turn to page 8.                       12:50:37PM

A    Okay.                                                    12:50:58PM

Q    This is the schedule for the data agreement for         12:50:58PM
InfoBase List, correct?                                        12:51:00PM

A    Yes.                                                     12:51:05PM

Q    And then directing your attention to the next           12:51:10PM
page, page 9, it says the schedule for the data               12:51:16PM
agreement for the InfoBase eProducts.                         12:51:22PM

A    Yes.                                                     12:51:25PM

Q    And it appears that I'm looking at Paragraph B.         12:51:26PM
There's a table there.  Do you see that table?                12:51:37PM

A    I do.                                                    12:51:40PM

Q    The InfoBase E-mail Enhancement product was            12:51:42PM
selected by the client?                                        12:51:46PM

A    It was available, yes.                                   12:51:52PM

Q    And the client being USA Today, a division of           12:51:55PM
Gannett?                                                       12:51:58PM

A    Yes.                                                     12:51:58PM

Q    And you said earlier that in order to use that          12:52:00PM
product, the client, in this case, Gannett, would have         12:52:04PM
had to upload a list of names and addresses; is that           12:52:09PM
right?                                                         12:52:15PM

A    Yes.                                                     12:52:16PM

Q    Did Gannett ever use the InfoBase E-mail                12:52:18PM

Page 28

Enhancement product?                                    12:52:22PM

A    I don't have any evidence of that.  It would have  12:52:26PM

required -- you see it's -- the following subsets of    12:52:29PM

product may be ordered by client under the schedule, so 12:52:35PM

there's typically an order to actually kick off the     12:52:38PM

process.  I have not found any orders for e-mail        12:52:41PM

enhancement.                                            12:52:45PM

Q    Were you able to find any orders at all that       12:52:48PM

Gannett placed pursuant to these data agreements?       12:52:59PM

A    Yes.  There are -- most of the records, most of    12:53:03PM

the interaction was the list file install.  There are   12:53:08PM

-- that was delivered bimonthly, I believe, and the     12:53:13PM

billing was bimonthly.  That's the lion share of the    12:53:18PM

work we did for them.  I did find a record of reverse    12:53:23PM

e-mail append being ordered and one process during the  12:53:28PM

relevant time period.                                   12:53:34PM

Q    I'm sorry.  Can you repeat the last part of your   12:53:40PM

answer?                                                 12:53:42PM

A    I found evidence, actually, today in preparation   12:53:43PM

for this deposition.  There is a right to receive       12:53:48PM

reverse e-mail append that covered the relevant time -- 12:53:55PM

a portion of the relevant time period.  And there is a  12:54:01PM

payment record of one reverse e-mail append job being   12:54:04PM

performed during the relevant time period in the        12:54:09PM

financial records.                                      12:54:13PM

Page 29

Q    And those documents were produced to us earlier    12:54:15PM

today by your counsel, right?    12:54:17PM

A    I believe so, yes.    12:54:20PM

Q    I'd like to direct your attention to those    12:54:23PM

documents now, so bear with me.  I've introduced a    12:54:27PM

document as Exhibit 5.  Please let me when you have it.  12:54:47PM

(WHEREUPON, a document was marked for    12:54:50PM

identification as Exhibit No. 5.)    12:54:50PM

A    I have it.    12:54:51PM

Q    Have you seen this document before?    12:54:53PM

A    I have.    12:54:55PM

Q    What is it?    12:54:56PM

A    It's an order form for InfoBase Consumer Install,  12:54:57PM

so it's an order form for a file install.    12:55:05PM

Q    And the effective dates for this order were    12:55:11PM

January 5, 2016, through December 31, 2017, right?    12:55:17PM

That starts in the middle of the page.    12:55:23PM

A    Yes.    12:55:24PM

Q    And this was an order placed by Gannett?    12:55:26PM

A    It is, yes.    12:55:28PM

Q    Now, towards the bottom of the first page, it says 12:55:31PM

"input file."  Do you see that?    12:55:40PM

A    Yes.    12:55:44PM

Q    And it says consumer_install_ new_ January 2016,   12:55:46PM

right?    12:55:54PM

Page 30

A    Yes.                                              12:55:54PM

Q    That's the file name?                            12:55:56PM

A    Yes.                                              12:55:57PM

Q    And that's a file that had to be input by Gannett? 12:55:57PM

A    No.  The number of input records you see is only   12:56:02PM
one and input media is none.  Compact format, no.    12:56:05PM
Encrypted, no.  So this is only an outbound file.  It's 12:56:13PM
our consumer install for January 2016 file outbound  12:56:17PM
only.  So this would have been our input of our file 12:56:21PM
into the transmission portal to be able to deliver.  12:56:27PM

Q    Okay.  So what information did Gannett have to   12:56:32PM
provide to Acxiom to process this order?             12:56:35PM

A    No information would be provided by Gannett other 12:56:40PM
than completing the order form.                      12:56:42PM

          MR. SHEIKALI:  Hey, Phil, are y'all        12:57:03PM
     getting a little feedback?                       12:57:03PM

          MR. FRAIETTA:  Yeah.  I was getting        12:57:03PM
     ready to say something.                          12:57:03PM

          MR. SHEIKALI:  It just started.            12:57:03PM

          MR. FRAIETTA:  Let's go off the record     12:57:03PM
     for a moment.                                    12:57:03PM

          THE VIDEOGRAPHER:  Going off the record.   12:57:03PM
     The time is 12:57 a.m.                           12:57:03PM

          (WHEREUPON, after a break was taken, the   12:57:03PM
     proceedings resumed as follows:)                12:57:03PM

Page 31

THE VIDEOGRAPHER:  We are on the record. 12:58:31PM

The time is 12:58 p.m. and this is Media 3.  12:58:31PM

BY MR. FRAIETTA:                            12:58:32PM

Q   So the document reflected -- strike that.   12:58:33PM

The document that's been marked as Exhibit 5 is a  12:58:49PM

file install.  That's what you called it, correct?  12:58:53PM

A   Correct.                                 12:58:57PM

Q   And as you flip through the pages, you'll see a  12:58:57PM

number of what appear to be demographic categories.  12:59:03PM

Are those categories that were added on the output  12:59:11PM

file?                                       12:59:15PM

A   Yeah, those are the demographic elements that  12:59:16PM

would have been provided on the file install.  12:59:19PM

Q   Okay.  You can -- actually, I'm sorry.  One more  12:59:23PM

question.                                   12:59:37PM

The last page of the document appears to have some 12:59:37PM

sort of a table that's cut off.  Do you see that?  12:59:42PM

A   Yes.                                      12:59:49PM

Q   Why is it cut off?                        12:59:50PM

A   When this was provided to me, it's cut off like -- 12:59:53PM

it was cut off like that.  We can certainly see if we  12:59:56PM

can get it resent with that fully visible.  That is in  1:00:00PM

our system -- the business record system that this came 1:00:04PM

from.  That is some additional table that was in there. 1:00:11PM

Q   Okay.  Have you seen records like this before as  1:00:15PM

Page 32

an employee of Acxiom?                                  1:00:18PM

A    No.  I'm not involved in the part of the business  1:00:21PM

that generates these or operates from these.  This was  1:00:23PM

requested this morning to provide the basis for the     1:00:26PM

answers to the questions that I provided.               1:00:32PM

Q    Do you know what that table is supposed to         1:00:35PM

represent?                                              1:00:39PM

A    I do not.                                          1:00:40PM

Q    Okay.                                              1:00:42PM

              MR. FRAIETTA:  So yes, if possible, we    1:00:45PM

        will request reproduction of the document.      1:00:46PM

              MR. ABBOTT:  I will endeavor to do that.  1:00:53PM

              MR. FRAIETTA:  Thank you.                 1:00:54PM

BY MR. FRAIETTA:                                         1:00:54PM

Q    You can set this document aside.                   1:00:57PM

A    Okay.                                              1:00:58PM

Q    I'll be marking another document as Exhibit 6      1:00:58PM

here.                                                   1:01:09PM

              (WHEREUPON, a document was marked for     1:01:09PM

        identification as Exhibit No. 6.)               1:01:09PM

A    Okay.                                              1:01:26PM

Q    Do you have Exhibit 6?                             1:01:26PM

A    I do.                                              1:01:30PM

Q    Have you seen it before?                           1:01:32PM

A    I have.                                            1:01:33PM

Page 33

Q    What is it?                                        1:01:35PM

A    It is the order form.  It's for a standing order   1:01:35PM

from 6/2 of 2016 through 6/30 of 2017 for express batch 1:01:42PM

reverse e-mail append.                                 1:01:49PM

Q    What is express batch reverse e-mail append?       1:01:52PM

A    Express batch means you can request it on the fly. 1:01:56PM

You can send records in and get it and it comes back.   1:01:59PM

And it's just a delivery method.  But reverse e-mail    1:02:02PM

append is where an e-mail is sent in and we return name 1:02:06PM

and address.                                           1:02:13PM

Q    So directing your attention to the input file     1:02:16PM

then, Gannett uploaded an input file by the name of     1:02:18PM

Gannett_REA_in_yyyyMMdd.txt; is that right?            1:02:27PM

A    That's the format that it would be in with the    1:02:39PM

year, month, and day being completed.  So when they    1:02:43PM

send an actual file, it would have to designate that    1:02:46PM

year, month, and day.                                  1:02:49PM

Q    Okay.  And they would send the file to an FTP     1:02:52PM

server at Acxiom?                                       1:02:57PM

A    Yes.                                              1:02:59PM

Q    And that's listed as input media FTP, right?      1:03:01PM

A    Correct.                                          1:03:07PM

Q    And it says retrieved from with a hyperlink and   1:03:07PM

that hyperlink is the FTP server?                      1:03:10PM

A    Yes.                                              1:03:14PM

Page 34

Q    Does Gannett have a copy of this file, to look at   1:03:17PM
this input?   1:03:18PM

A    Does Gannett --   1:03:18PM

MR. SHEIKALI:  Object to form.   1:03:24PM

BY MR. FRAIETTA:   1:03:26PM

Q    I'm sorry.  Strike that.   1:03:29PM

Does Acxiom have a copy of this file with input?   1:03:29PM

A    No.  Acxiom does not retain any input files.   1:03:29PM

Q    What is Acxiom's retention policy on input files?   1:03:35PM

A    We retain it until the client has received back   1:03:40PM
the production and determined that it's -- that it's   1:03:43PM
fulfilled accurately.  If there's an error in the   1:03:50PM
download, et cetera, we want to be able to run it   1:03:53PM
again.  Once we have confirmation they have received   1:03:56PM
what they contracted for, we delete on our side any   1:04:00PM
input records.   1:04:03PM

Q    Okay.  Does Acxiom have logs from the activity on   1:04:11PM
the FTP file?   1:04:15PM

A    We do for a period of time.  We would not -- we   1:04:19PM
would not still have logs this far back, to my   1:04:22PM
knowledge.   1:04:25PM

Q    What's the retention period for FTP file log?   1:04:27PM

A    I'll have to look.  It is done by the product.   1:04:33PM

Q    Did Acxiom institute a litigation hold in   1:04:44PM
connection with this case?   1:04:49PM

Page 35

A    Yes.                                                        1:04:51PM

Q    When was that hold put into place?                         1:04:54PM

A    When I got the document production, I began                1:04:56PM
gathering all the documents that were still available,          1:04:59PM
and I have retained them.                                       1:05:01PM

Q    So that would be February of 2024?                         1:05:05PM

A    Yes.                                                       1:05:10PM

Q    Is that the first Acxiom was made aware of this            1:05:13PM
lawsuit?                                                        1:05:15PM

A    Yes.                                                       1:05:17PM

Q    Gannett did not make Acxiom aware of this lawsuit;         1:05:19PM
plaintiff did, correct?                                         1:05:23PM

A    That was -- my first awareness of this lawsuit was         1:05:27PM
receipt of the subpoena, yes.                                   1:05:29PM

Q    The subpoena served by the plaintiff?                      1:05:32PM

A    Correct.                                                   1:05:35PM

Q    So, to your knowledge, Gannett never made Acxiom           1:05:37PM
aware of this lawsuit?                                          1:05:41PM

A    To my knowledge, that is correct.                          1:05:43PM

Q    Where would you have to look to determine what the         1:05:47PM
retention policy would have been for this FTP log?              1:05:58PM

A    I'll have to reach out to the team that does this          1:06:03PM
kind of fulfillment to see what logs are retained and           1:06:07PM
for what period.                                                1:06:11PM

Q    But Acxiom has standard policies and procedures            1:06:23PM

Page 36

for the retention of FTP logs; is that your testimony?   1:06:26PM

A    Acxiom's retention policy applies to e-mails --   1:06:33PM
and you've got a copy of the actual list.  I provided a 1:06:37PM
copy of that.  It deals with specific types of records. 1:06:40PM
The retention of log files, et cetera, are product   1:06:46PM
specific and are not governed by any overarching   1:06:49PM
policy.   1:06:52PM

Q    Okay.  Does the reverse e-mail append product have 1:06:57PM
a specific FTP log retention schedule?   1:07:01PM

A    I will have to ask.  I don't know that.   1:07:06PM

Q    Okay.  Do you know if it would range from client 1:07:09PM
to client or if it would have been consistent the   1:07:13PM
product?   1:07:16PM

A    I don't know for sure.   1:07:19PM

Q    But you do know that Acxiom does not have a copy 1:07:22PM
of this file that was provided by Gannett, right?   1:07:35PM

A    I do know that.  That's standard practice, and   1:07:40PM
it's actually a term in the contract.   1:07:42PM

Q    And you also know that Acxiom does not have a copy 1:07:46PM
of the FTP log from the 2016 window, correct?   1:07:50PM

A    I do not know that.  I told you I could check.   1:07:57PM

Q    Okay.   1:08:02PM

            MR. FRAIETTA:  In that case, we'll   1:08:02PM
        request, Jordan, that you check on that.   1:08:04PM
            MR. ABBOTT:  We'll do what we can.   1:08:06PM

Page 37

MR. FRAIETTA:  And if it's no longer   1:08:11PM
retained, we would request to understand what 1:08:12PM
the retention schedule was.   1:08:13PM

BY MR. FRAIETTA:   1:08:20PM

Q    And then on the last page of the document, there's 1:08:21PM
another table that's cut off.   1:08:24PM

A    That's same -- it's generated from the same   1:08:32PM
system, so we'll take the same action.   1:08:33PM

Q    In order to complete a reverse e-mail append,   1:08:44PM
Gannett would have had to provide Acxiom with a list of 1:08:55PM
at least e-mail addresses, right?   1:09:01PM

A    That's correct.   1:09:04PM

Q    Data needs to be provided by Gannett?   1:09:07PM

A    No, and no other data would be desired.  We just   1:09:11PM
need to input e-mail to run the process efficiently.   1:09:15PM

Q    Now, you said that this was a standing order from 1:09:32PM
June 2, 2016, through June 30, 2017.  Can you explain   1:09:35PM
what you meant by that?   1:09:42PM

A    That was -- it's -- when anticipated that there   1:09:43PM
will be multiple processes over a period of time, a   1:09:47PM
standing order is done like that and then files can be 1:09:49PM
sent under that order.  Think of it almost like a   1:09:54PM
purchase order that's going to have multiple   1:09:58PM
deliveries.   1:10:00PM

Q    Do you know how many deliveries there were under 1:10:01PM

Page 38

this order?                                              1:10:05PM

A    I reviewed financial records this morning to        1:10:07PM

determine that and there appears to only be one that     1:10:10PM

was within the relevant time period.                     1:10:14PM

Q    Okay.  Just so I understand, so my question was,    1:10:21PM

do you know how many deliveries were performed pursuant  1:10:25PM

to this order?                                           1:10:30PM

A    And the way we would have to determine that is to   1:10:33PM

look at what was billed for, and so that's the --        1:10:36PM

financial records are what would indicate how many       1:10:40PM

reverse e-mail appends would have been done under the    1:10:46PM

standing order.                                          1:10:49PM

Q    And how many were done?                             1:10:52PM

A    I don't know the total.  There was -- I focused on  1:10:55PM

the relevant time period and there was only one in the   1:10:58PM

relevant time period.  There may have been more before   1:11:01PM

or after.  I do not know.                                1:11:04PM

Q    Well, there couldn't have been more -- any before,  1:11:09PM

right, because the beginning date of this order is       1:11:11PM

June 2, 2016?                                            1:11:13PM

A    Correct.                                            1:11:19PM

Q    So there may have been some after July 31st of      1:11:20PM

2016, but you don't know?                                1:11:23PM

A    That's correct.  I did not review the financial     1:11:25PM

records beyond the scope.                                1:11:30PM

Page  39

Q    Okay.  But there was at least one order that was    1:11:33PM
processed between June 2, 2016, and July 30, 2016,    1:11:36PM
correct?    1:11:43PM

A    Correct.    1:11:43PM

Q    Do you know the date of that order?    1:11:45PM

A    The records reflect 6/28 of 2016.    1:11:46PM

Q    Okay.  And because it was express batch, that    1:11:54PM
means the input file would have been input on or about    1:12:04PM
6/28 of '16 and the output would have been generated on    1:12:06PM
or about the same day, right?    1:12:11PM

A    That's possible.  It could be same day or day    1:12:14PM
after typically, but we don't -- I don't have any    1:12:17PM
record of exactly.  Perhaps that would be in the logs    1:12:19PM
if they're available, and we will look.    1:12:27PM

Q    But you know that it would have been within a few    1:12:30PM
days of one another, right?    1:12:33PM

A    Yes.    1:12:34PM

Q    And the input file was certainly then provided    1:12:42PM
prior to July 31 of 2016, correct?    1:12:45PM

A    It would, yes.    1:12:50PM

Q    And it was certainly provided after June 2, 2016,    1:12:51PM
correct?    1:12:57PM

A    Correct.    1:12:58PM

Q    You can set that document aside.    1:13:00PM

A    It may or may not have been Gannett records.  It    1:13:03PM

Page 40

could have been licensed from a third party.                    1:13:07PM

Q    Right.  You don't know what was on the input file   1:13:10PM

because you don't have it, correct?                             1:13:16PM

A    Correct.  And we would not know where it came --     1:13:17PM

what it contained, where it was generated from.  It was  1:13:19PM

just input by Gannett.                                          1:13:23PM

Q    All you know is that Gannett uploaded the file to   1:13:26PM

the FTP between --                                              1:13:28PM

A    Yes.                                                       1:13:30PM

Q    Just for the record, you know that Gannett          1:13:32PM

uploaded a file to Acxiom's FTP server between June 2,   1:13:33PM

2016, and July 30 of 2016, correct?                            1:13:38PM

A    According to our records, yes.                            1:13:43PM

Q    And you believe that upload would have occurred on  1:13:44PM

or about June 28 of 2016, correct?                             1:13:47PM

A    That's correct.                                           1:13:51PM

Q    You can set that aside.                                   1:13:53PM

     I'd like to introduce another exhibit here.              1:14:01PM

Momentarily you should have what I've marked as Exhibit   1:14:26PM

7.                                                             1:14:27PM

               (WHEREUPON, a document was marked for      1:14:27PM

          identification as Exhibit No. 7.)                    1:14:27PM

A    I have it.                                                 1:14:31PM

Q    Have you seen it before?                                  1:14:32PM

A    I have.                                                    1:14:33PM

Page 41

Q    What is it?                                          1:14:34PM

A    It's amendment two to that original data agreement  1:14:35PM
that we refer to as Exhibit 1 -- or Exhibit -- well,     1:14:38PM
it's an earlier exhibit.                                 1:14:42PM

Q    Exhibit No. 3, correct?                             1:14:48PM

A    Correct.                                            1:14:53PM

Q    And you mentioned earlier that Acxiom does not      1:14:55PM
have amendment number one to the agreement any longer,   1:15:00PM
correct?                                                 1:15:04PM

A    That is correct.                                    1:15:05PM

Q    So the first amendment is number two that Acxiom    1:15:07PM
is in possession of?                                     1:15:10PM

A    That's correct.                                     1:15:11PM

Q    Earlier, we looked at Exhibit No. 4, which was a    1:15:13PM
data agreement from USA Today.  Do you remember that?    1:15:22PM

A    Yes.                                                1:15:26PM

Q    But this amendment is to the data agreement with    1:15:28PM
Gannett, which was Exhibit 3, right?                     1:15:31PM

A    Correct.                                            1:15:35PM

Q    So do you know if this data agreement -- strike     1:15:37PM
that.                                                    1:15:40PM
     Do you know if this amendment applies to the USA    1:15:41PM
Today data agreement?                                    1:15:44PM

A    It only references that it is applicable to the     1:15:48PM
Gannett Company, Inc., agreement dated February 9th of   1:15:52PM

Page 42

2006.                                                          1:15:55PM

Q    And do you know if those two agreements were         1:15:58PM
treated separately for purposes of a business             1:16:02PM
relationship?                                             1:16:05PM

A    I don't know how they were treated.  The USA Today   1:16:08PM
predated.  It could be that the work we were doing        1:16:14PM
there was covered by this newer group.  I do not know     1:16:20PM
specifically.  In other words, it may have terminated     1:16:25PM
the specific USA Today and fulfilled under this           1:16:28PM
agreement or they may have continued it on.  The one I    1:16:32PM
provided is the only document related to the USA Today    1:16:35PM
specific relationship that we have in our records.        1:16:39PM

Q    And if we look at amendment number two, it looks     1:16:45PM
like the Acxiom InfoBase X consumer list for file         1:16:51PM
install was selected by Gannett.  That's Paragraph 5      1:16:56PM
and the table therein, right?                            1:17:00PM

A    Yes.                                                 1:17:01PM

Q    All right.  And that's the file installs, what we    1:17:02PM
discussed earlier where Gannett has the ability to        1:17:04PM
access Acxiom's data and append it to its consumer        1:17:09PM
records?                                                 1:17:13PM

A    Yes.  Our full InfoBase file, meaning all the        1:17:13PM
records nationwide, and the demographic elements that     1:17:19PM
they selected are delivered to them on a bimonthly        1:17:23PM
basis for them to have in-house to utilize themselves.    1:17:27PM

Page 43

Q    Okay.  You can put that aside.                      1:18:00PM

I'm going to mark another exhibit here.  I have          1:18:00PM

marked a document as Exhibit 8.  Please let me know       1:18:20PM

when you have it.                                          1:18:22PM

(WHEREUPON, a document was marked for                     1:18:23PM

identification as Exhibit No. 8.)                         1:18:23PM

A    I have it.                                           1:18:27PM

Q    Have you seen it before?                            1:18:27PM

A    I have.                                              1:18:29PM

Q    What is it?                                          1:18:31PM

A    It's amendment three to the February 9, 2006,       1:18:31PM

agreement with Gannett Company, Inc.                      1:18:34PM

Q    And this amendment has an effective date of         1:18:40PM

November 10, 2011, right?                                 1:18:42PM

A    Right.                                               1:18:45PM

Q    And it appears from the first page that the data    1:18:50PM

agreement for InfoBase eProducts was cancelled pursuant   1:19:03PM

to this amendment, right?                                 1:19:10PM

A    Correct.                                             1:19:12PM

Q    And then from the second page, it appears that the  1:19:17PM

schedule listed on the second page became a part of the   1:19:23PM

agreement, correct?                                       1:19:29PM

A    Correct.                                             1:19:30PM

Q    That schedule has a -- looking at page 2 here,      1:19:35PM

Paragraph 1.  The term was for one year and would         1:19:44PM

Page 44

automatically renew unless terminated, right?                1:19:53PM

A    Correct.                                                1:19:57PM

Q    Do you know if this agreement was ever terminated?      1:19:59PM

A    I didn't have any evidence in our record that it        1:20:01PM
was terminated.                                              1:20:04PM

Q    E-mail Enhancement was therefore selected by            1:20:06PM
Gannett pursuant to Paragraph 2 of this document?            1:20:18PM

A    It was one of the products available, yes.              1:20:23PM

Q    Made available, okay.                                   1:20:26PM
     And if I direct your attention to the third page        1:20:31PM
of the document, at Paragraph 7, there is a source file      1:20:33PM
requirement.  Do you see that?                               1:20:46PM

A    Yes.                                                    1:20:48PM

Q    And it says, "On a periodic basis and in               1:20:49PM
accordance with the applicable scheduling requirements,      1:20:51PM
client will provide Acxiom with a file of client's           1:20:53PM
existing customer record," and it goes on.  Did Gannett      1:20:58PM
provide Acxiom with that source file?                        1:21:04PM

A    I don't have -- I didn't have any -- I did not          1:21:09PM
locate any records of that process being triggered.          1:21:12PM

Q    But that process was a part of this agreement,          1:21:27PM
right?                                                       1:21:29PM

A    Yes.                                                    1:21:29PM

          MR. SHEIKALI:  Object to form.                     1:21:33PM

A    This is our standard form eProducts schedule, so        1:21:34PM

Page 45

when you license eProducts, you have a license to take   1:21:35PM

part of any of these.  That doesn't mean that all of   1:21:41PM

them were actually utilized by the client.  It means   1:21:44PM

the client had the ability to utilize all of these   1:21:47PM

different products.   1:21:51PM

Q    Understood.  And then if I go to the last page of   1:21:55PM

the document, this Exhibit A., and this describes the   1:22:00PM

required client input for the various products,   1:22:11PM

correct?   1:22:16PM

A    Yes, that's correct.  That is correct.   1:22:17PM

Q    Okay.  And then for e-mail append, a name and   1:22:21PM

physical address of an existing customer was required,   1:22:24PM

right?   1:22:28PM

A    Correct.   1:22:29PM

Q    And for reverse e-mail append, you need an e-mail   1:22:30PM

address from an existing customer, correct?   1:22:32PM

A    An e-mail address to be inputted.  It may be a   1:22:36PM

customer.  It may be from a third-party file that's   1:22:39PM

been licensed.  But yes, a name and address has to be   1:22:42PM

input.   1:22:45PM

Q    Well, the document towards the middle of the page   1:22:48PM

row of this table is pertaining to reverse e-mail   1:22:53PM

append, the second column there says "e-mail address of   1:22:58PM

Existing Customer."  Do you see that?   1:23:03PM

A    Yes, that's what it says.  Correct.   1:23:05PM

Page 46

Q    And Existing Customer is a capitalized term in    1:23:09PM
that table, right?    1:23:13PM
A    It is.    1:23:19PM
Q    Do you know what "Existing Customer" means in    1:23:20PM
connection with this agreement?    1:23:24PM
A    We'd have to refer back to the agreement.  It's    1:23:26PM
likely a defined term.    1:23:29PM
Q    So looks like it's defined in Paragraph 5(a) on    1:23:36PM
the third page of the document.    1:23:43PM
A    Yes.    1:23:47PM
Q    Right?    1:23:49PM
A    Yes.    1:23:49PM
Q    And it says that "Existing Customers shall mean    1:23:50PM
only those consumers with whom client can reasonably    1:23:54PM
demonstrate an existing business relationship."    1:23:57PM
A    Yes.    1:24:00PM
Q    So the Existing Customers would have been,    1:24:03PM
pursuant to this agreement, individuals with whom    1:24:10PM
Gannett can establish a customer agreement --    1:24:14PM
relationship, right?    1:24:19PM
A    Yes.  And that's for CAN-SPAN compliance purposes, 1:24:21PM
yes.    1:24:24PM
Q    So then the list of e-mail addresses had to have    1:24:26PM
been customers of Gannett, right?    1:24:30PM
A    They were supposed to have been, correct.    1:24:34PM

Page  47

Q    And do you have any reason to believe that          1:24:39PM
Michigan customers would have been excluded from that    1:24:41PM
list?                                                    1:24:48PM

A    I don't know if they were or were not.             1:24:49PM

Q    You have no reason to believe they would have been 1:24:52PM
excluded, right?                                         1:24:55PM

          MR. SHEIKALI:  Object to the                   1:24:56PM
     stipulation.                                        1:24:56PM

A    I don't -- Acxiom does not have any visibility      1:24:58PM
into how Gannett determines their input file.            1:25:00PM

BY MR. FRAIETTA:                                         1:25:07PM

Q    Right, but that's not quite my question.  Let me    1:25:08PM
try and rephrase.                                        1:25:10PM

A    Okay.                                               1:25:17PM

Q    You prepared for this deposition and participated  1:25:17PM
in the response to the subpoena, right?                  1:25:21PM

A    I did.                                              1:25:22PM

Q    In doing so, did you find any evidence that         1:25:23PM
Gannett excluded Michigan customers from its input to    1:25:25PM
Acxiom?                                                  1:25:33PM

A    I did not find any evidence because I would have    1:25:34PM
no records that would reflect one way or the other.      1:25:37PM

Q    So the answer is yes, right?                        1:25:42PM

          MR. SHEIKALI:  Objection.  I'm not sure        1:25:48PM
     what the "yes" means in this instance.              1:25:50PM

Page 48

Objection as to the form of the answer, I          1:25:54PM

guess.  Can you rephrase that?          1:25:57PM

MR. FRAIETTA:  Fair enough.  Let me ask,          1:25:57PM

Madame Court Reporter, can you read back my          1:25:57PM

previous question?          1:25:57PM

[Technical difficulties.]          1:25:57PM

MR. FRAIETTA:  It's cutting out.          1:25:57PM

THE COURT REPORTER:  It's cutting out?          1:25:57PM

THE WITNESS:  Yes, you're cutting out.          1:25:57PM

THE COURT REPORTER:  Can you hear me?          1:25:57PM

THE WITNESS:  Yes.          1:25:57PM

MR. FRAIETTA:  All right.  Allow me to          1:25:57PM

try and rephrase the question again.          1:25:57PM

BY MR. FRAIETTA:          1:25:57PM

Q   Did you find any evidence that Gannett suppressed          1:26:01PM
the inclusion of Michigan customers to its input to          1:26:01PM
Acxiom?          1:26:01PM

A   I did not.          1:29:04PM

Q   Thank you.  You can set that aside.  I'm going to          1:29:04PM
do one more document and then take a quick recess.          1:29:04PM

A   I have it.          1:29:04PM

Q   Do you have the document that's been marked as          1:29:04PM
Exhibit No. 9?          1:29:04PM

(WHEREUPON, a document was marked for          1:29:04PM

identification as Exhibit No. 9.)          1:29:04PM

Page 49

A    I do.                                                    1:29:04PM

Q    Have you seen it before?                                1:29:04PM

A    I have.                                                  1:29:04PM

Q    What is it?                                              1:29:04PM

A    It's amendment four to the February 9, 2006, data       1:29:04PM
agreement with Gannett Company, Inc.                         1:29:04PM

Q    And that's an amendment that has an effective date      1:29:04PM
of December 29, 2014, correct?                               1:29:04PM

A    No.  The amendment effective date is September 14,      1:29:04PM
2012.                                                        1:29:04PM

Q    I apologize.  You are correct.  I'm looking at the      1:29:04PM
wrong document.  One moment.  September 4, 2012, that's      1:29:04PM
correct.                                                     1:29:04PM

A    Yes.                                                     1:29:04PM

Q    And this added, in section two, data elements to        1:29:04PM
the file install; is that right?                             1:29:10PM

A    It did, yes.                                             1:29:13PM

Q    It added a rate code, a country of origin, and a        1:29:13PM
Hispanic language preference; is that right?                 1:29:17PM

A    Yes.                                                     1:29:22PM

Q    There's an annotation on the bottom left-hand           1:29:25PM
corner.  Do you know what that is?                           1:29:33PM

A    I don't.                                                 1:29:51PM

Q    You can set this document aside.  I'd like to take      1:29:55PM
a brief restroom break and go back on the record, if         1:30:04PM

Page 50

that's okay.                                          1:30:04PM

A    I have a question on mechanics.  I am now to the    1:30:04PM

point where --                                        1:30:04PM

Q    Let's just go off the record.                    1:30:04PM

THE VIDEOGRAPHER:  Going off the record. 1:30:04PM

The time is 1:30 p.m.                          1:30:04PM

(WHEREUPON, after a break was taken, the 1:30:04PM

proceedings resumed as follows:)              1:30:04PM

THE VIDEOGRAPHER:  We are on the record. 1:30:04PM

The time is 1:42 p.m., and this is Media 4.    1:30:04PM

BY MR. FRAIETTA:                                      1:42:36PM

Q    Before we broke, we were discussing reverse e-mail 1:42:37PM

append.  Do you remember that?                        1:42:37PM

A    Yes, sir.                                          1:42:40PM

Q    And you testified that under that process, the    1:42:41PM

client, in this case Gannett, would provide a list of    1:42:44PM

e-mail addresses and Acxiom would match those with    1:42:46PM

associated names and postal addresses, right?          1:42:54PM

A    Correct.                                          1:42:58PM

Q    So from an e-mail address, Acxiom is able to    1:43:01PM

identify the name and address of an individual?          1:43:07PM

A    If we have a match, correct.                      1:43:11PM

Q    So -- and Gannett provided an input of e-mail    1:43:15PM

addresses on or about June 28, 2016, right?            1:43:21PM

A    Yes.                                              1:43:25PM

Page 51

Q    Then Acxiom would have attempted to match as many    1:43:28PM
of those e-mail addresses as possible to a name and    1:43:31PM
address?    1:43:33PM

A    Correct.    1:43:36PM

Q    And that allows Acxiom to identify who those    1:43:38PM
e-mail addresses belonged to, right?    1:43:38PM

A    Yes, to provide back to Gannett the name and    1:43:45PM
address for the matches.    1:43:48PM

Q    Does Acxiom maintain copies of the output files?    1:43:52PM

A    No.    1:43:56PM

Q    What happens to the output file?    1:43:56PM

A    It goes to the customer.    1:44:00PM

Q    And what does Acxiom do with its copy?    1:44:04PM

A    Acxiom doesn't have a copy.  The file is produced    1:44:05PM
and then forwarded it on.  We don't retain a copy of    1:44:08PM
the output.    1:44:08PM

Q    Okay.  So Acxiom, from a list of e-mail addresses,    1:44:20PM
can match USA Today existing customers by name and    1:44:22PM
address, right?    1:44:27PM

            MR. SHEIKALI:  Objection, form.    1:44:33PM

A    From an input e-mail, if we have a match, we can    1:44:35PM
return name and address.    1:44:38PM

BY MR. FRAIETTA:    1:44:39PM

Q    I'm going to mark another document here.  Bear    1:44:43PM
with me.  Okay.  You should have what's been marked as    1:44:57PM

Page 52

Exhibit 10.  Please let me know when you do.       1:45:39PM

(WHEREUPON, a document was marked for       1:45:42PM

identification as Exhibit No. 10.)       1:45:42PM

A    Okay.       1:45:44PM

Q    You have Exhibit 10?       1:45:48PM

A    I do.       1:45:50PM

Q    Have you seen it before?       1:45:52PM

A    I have.       1:45:53PM

Q    What is it?       1:45:54PM

A    It's the fifth amendment to the data agreement       1:45:55PM
originally dated February 9, 2006, with Gannett       1:45:59PM
Company, Inc.       1:46:04PM

Q    It says an effective date of December 29, 2014?       1:46:09PM

A    Correct.       1:46:12PM

Q    And pursuant to Paragraph 2, a number of InfoBase       1:46:14PM
data elements were removed from the file install?       1:46:21PM

A    That's correct.       1:46:24PM

Q    And pursuant to Paragraph 3, a number of InfoBase       1:46:26PM
data elements were added to the install, right?       1:46:29PM

A    That's correct.       1:46:32PM

Q    Turning to Paragraph 4, it also has AbiliTec.       1:46:34PM
What is AbiliTec?       1:46:47PM

A    That, at the time, was Acxiom's proprietary data       1:46:49PM
integration technology.  It was a way of taking       1:46:55PM
different -- multiple representations of a consumer and 1:46:58PM

Page 53

being able to recognize them as the same person, so it    1:47:03PM

allowed us to do a better job of matching and bringing    1:47:05PM

multiple representation of an individual together as a    1:47:13PM

single record.  Think of it as -- using me as an    1:47:18PM

example.  My full name is Claude Timothy Spainhour.  I    1:47:26PM

go by Tim Spainhour.  Some things I'm Claude T.    1:47:30PM

Spainhour.  Traditional stream matching would compare    1:47:33PM

those together and say those are three different    1:47:36PM

people.  AbiliTec, through a repository of historical    1:47:39PM

information, was able to say these are all multiple    1:47:44PM

representations of the same consumer, so I would get --    1:47:46PM

all of those records would get the same consumer    1:47:50PM

AbiliTec link.  Think of it as a data-matching    1:47:52PM

technology that was proprietary to Acxiom at the time.    1:47:57PM

Q    Okay.  It's a way to duplicate records    1:48:01PM

potentially?    1:48:04PM

A    Correct.    1:48:05PM

Q    And Gannett was provided with that product    1:48:07PM

pursuant to this amendment?    1:48:12PM

A    Yes.    1:48:14PM

Q    How would a client like Gannett utilize it?  How    1:48:16PM

does that work?    1:48:18PM

A    Well, it meant that the file install would have    1:48:20PM

had -- in addition to names and addresses, it would    1:48:23PM

have had an AbiliTec -- a new field would have been    1:48:25PM

Page 54

there for AbiliTec link.  So they would have a match   1:48:25PM

key there.   1:48:33PM

Q    And that AbiliTec link is some sort of unique   1:48:35PM

string of characters that defines to each individual?   1:48:37PM

A    It is.  Each -- so there's a consumer link for the   1:48:40PM

individual.  There's an address link for the address,   1:48:44PM

and then there's an entity link or occupancy link,   1:48:47PM

which is the consumer at the address, is a link.   1:48:50PM

Q    And those -- Paragraph 5 says that those updated   1:48:59PM

file installs were provided every month?   1:49:04PM

A    Yes.   1:49:08PM

Q    You can set that aside.   1:49:13PM

     I'm going to do another document here.  All right.   1:49:36PM

I have marked another document as Exhibit 11.   1:50:09PM

               (WHEREUPON, a document was marked for   1:50:11PM

          identification as Exhibit No. 11.)   1:50:11PM

A    Yes, I have it.   1:50:12PM

Q    Have you seen it before?   1:50:14PM

A    I have.   1:50:15PM

Q    What is it?   1:50:16PM

A    It's the amendment six to the February 9, 2006,   1:50:16PM

agreement with Gannett Company, Incorporated.   1:50:23PM

Q    And this one was effective December 29, 2017?   1:50:27PM

A    Correct.   1:50:31PM

Q    You can set that aside.   1:50:33PM

Page 55

I've marked another document as Exhibit 12.    1:51:02PM

(WHEREUPON, a document was marked for    1:51:04PM

identification as Exhibit No. 12.)    1:51:04PM

A    Yes.    1:51:04PM

Q    You have Exhibit 12.    1:51:06PM

A    I do.    1:51:08PM

Q    Have you seen it before?    1:51:08PM

A    I have.    1:51:11PM

Q    What is it?    1:51:12PM

A    It's the seventh amendment or amendment number    1:51:12PM
seven to the February 9, 2006, agreement with Gannett    1:51:15PM
Company, Inc.    1:51:20PM

Q    And this one is dated December 19, 2018, correct?    1:51:22PM

A    Correct.    1:51:28PM

Q    You can set that aside.    1:51:30PM

I've marked a document as Exhibit 13.  Please let    1:52:00PM
me know when you have it.    1:52:03PM

(WHEREUPON, a document was marked for    1:52:04PM

identification as Exhibit No. 13.)    1:52:04PM

A    I have it.    1:52:04PM

Q    Have you seen it before?    1:52:06PM

A    I have.    1:52:07PM

Q    What is it?    1:52:09PM

A    It's amendment eight to the February 9, 2006, data    1:52:09PM
agreement with Gannett Company, Inc.    1:52:15PM

Page 56

Q    And it has an effective date of March 1, 2019?    1:52:18PM

A    It does.    1:52:21PM

Q    You can set that aside.    1:52:27PM

I've introduced Exhibit No. 14.  Please let me    1:53:07PM
know when you have it.    1:53:09PM

(WHEREUPON, a document was marked for    1:53:10PM
identification as Exhibit No. 14.)    1:53:10PM

A    I have it.    1:53:10PM

Q    Have you seen it before?    1:53:11PM

A    I have.    1:53:12PM

Q    What is it?    1:53:13PM

A    It's Acxiom's current Enterprise Data Retention    1:53:13PM
Policy.    1:53:17PM

Q    I'd like to direct your attention to the fourth    1:53:30PM
page of the document.    1:53:32PM

A    Okay.    1:53:38PM

Q    Paragraph 1.2, that's scope?    1:53:40PM

A    Yes.    1:53:43PM

Q    And the last paragraph within 1.2 says, "For the    1:53:44PM
avoidance of doubt, the retention policy in Appendix A    1:53:49PM
attached hereto does not apply to client information    1:53:51PM
submitted or provided to Acxiom for processing.  And    1:53:54PM
with respect to such client information, the applicable 1:53:57PM
client contract shall govern any client-mandated    1:54:01PM
retention requirements for such client-owned data."    1:54:05PM

Page 57

Do you see that?                                          1:54:06PM

A     I do.                                               1:54:08PM

Q     So that means that the input file that Gannett      1:54:08PM
uploaded to Acxiom on or about June 28, 2016, would not  1:54:13PM
be covered by this retention policy, right?              1:54:20PM

A     Correct.                                            1:54:24PM

Q     It would be governed by a separate client-mandated  1:54:25PM
retention policy, right?                                 1:54:29PM

A     Yes.  In the contract.                             1:54:31PM

Q     And you don't know what that retention policy was?  1:54:36PM

A     I'm going to refer to my hard copy of the actual    1:54:42PM
agreement, if I can, the initial agreement.             1:54:47PM

Q     Are you looking at Exhibit No. 3?                   1:54:52PM

A     It would be Exhibit 3, yes.  In Paragraph 3.2, the  1:54:54PM
grant of the license by the client to Acxiom, Acxiom     1:56:40PM
shall have the right to possess and use the data client  1:56:41PM
provides to Acxiom as necessary to provide the products  1:56:51PM
to client pursuant to this agreement and for            1:56:54PM
statistical analysis and tracking purposes.             1:56:57PM
Additionally, we can periodically extract sample test    1:57:00PM
data, which is statistical sample, not used to          1:57:04PM
contribute to any product, will not include information  1:57:07PM
source from a Bureau, will be deleted after test         1:57:12PM
results have been evaluated not more than 30 days, will  1:57:15PM
be held as confidential information.                     1:57:18PM

Page 58

So the -- we're not permitted to retain their data 1:57:25PM for any period of time and there was no instruction by 1:57:28PM them to retain the data for any period.  The language 1:57:31PM in the retention policy that says per the instructions 1:57:38PM of a client, remember we talked about our business is 1:57:45PM in two distinct segments, the data business and the 1:57:48PM services business.  In the services business, we often 1:57:52PM maintain a database on behalf of a client as a service 1:57:56PM provider and those contracts have a specified retention 1:57:58PM period if the client wants us to retain data for a 1:58:03PM distinct period of time. 1:58:07PM

Q    Okay.  But what you read in 3.2, that 30-day 1:58:13PM window, that refers to the extracted sample test data. 1:58:16PM

A    Yes. 1:58:21PM

Q    So this agreement in Exhibit 3 doesn't specify a 1:58:23PM retention window for data, the actual data file, right? 1:58:29PM

A    Well, I know it is in here.  Let me -- hang on 1:58:37PM just one second.  It could be in the schedule.  I'm not 1:58:39PM able to lay my hands on the exact language, but we 1:59:18PM don't retain the file beyond what is necessary to 1:59:24PM produce the contracted results and then get 1:59:28PM clarification or clearance from the client that results 1:59:32PM met their expectation. 1:59:34PM

Q    Okay.  You can set the retention policy aside. 1:59:39PM
     I'd like to introduce another document.  This 2:00:47PM

Page 59

document is an Excel spreadsheet that was produced to    2:00:51PM

us.  I will designate it as Exhibit 15 for purposes of  2:00:55PM

the deposition, but, obviously, a stamp is not going to 2:01:05PM

be put on it.  My understands is it will -- the program 2:01:09PM

will allow you to download the spreadsheet and view it  2:01:14PM

in Excel on your computer.  Please let me know when     2:01:16PM

you've downloaded it.                                   2:01:24PM

                (WHEREUPON, a document was marked for    2:01:27PM

            identification as Exhibit No. 15.)          2:01:27PM

A    It hasn't -- I haven't seen the little pop-up that 2:01:35PM

says you've posted anything like I typically do.        2:01:37PM

                MR. ABBOTT:  Try refreshing in the      2:01:41PM

            refresh button on your browser.             2:01:42PM

                THE WITNESS:  I still only have down to  2:01:42PM

            13.  Well, hang on, there's 14.  Nope, 14 was 2:01:42PM

            the -- all right.  I've got it.  I've got it. 2:01:42PM

A    Yes, I have it now.                                 2:02:09PM

BY MR. FRAIETTA:                                         2:02:10PM

Q    Have you opened this spreadsheet in Microsoft       2:02:12PM

Excel?                                                   2:02:15PM

A    It is viewable to me in Excel format through your  2:02:16PM

tool, yes.                                              2:02:20PM

Q    I'd ask you to download it.  It's going to be a    2:02:24PM

lot easier to follow along.  There's a download button  2:02:25PM

in the top right-hand corner.                           2:02:27PM

Page 60

A    Okay.  All right.  I have it downloaded.          2:02:39PM

Q    Okay.  Have you seen the document that I have     2:02:40PM
marked as Exhibit 15 before?                           2:02:42PM

A    Yes.                                              2:02:44PM

Q    And what is it?                                   2:02:45PM

A    It's what we call a subject access request.  So  2:02:45PM
it's a document that we have built the format for this 2:02:50PM
to be able to respond to subject access request        2:02:56PM
pursuant to the CCPA in California, but it's offered   2:02:58PM
nationwide by Acxiom.                                  2:03:03PM

Q    And who is the subject with respect to this      2:03:05PM
document?                                              2:03:08PM

A    This is Johnny Sabbag.                            2:03:10PM

Q    The plaintiff in this action, correct?           2:03:14PM

A    Correct.                                          2:03:16PM

Q    So this spreadsheet is all of the data that Acxiom 2:03:19PM
possesses about Mr. Sabbag?                            2:03:24PM

A    Yes.                                              2:03:31PM

Q    And row 3, for instance, has his name, Johnny    2:03:34PM
Sabbag, right?                                         2:03:36PM

A    Yes.                                              2:03:39PM

Q    That's reflected in column E as in Edward.       2:03:39PM

A    Correct.                                          2:03:43PM

Q    And then row 16 has his address.                 2:03:46PM

A    Yes.                                              2:03:52PM

Page 61

Q   23570 Meadowlark Street in Oak Park, Michigan,   2:03:54PM

correct?   2:04:02PM

A   Correct.   2:04:03PM

Q   And if I scroll down further to rows 108 to 114,   2:04:06PM

those are populated with e-mail addresses that Acxiom   2:04:29PM

believes are affiliated with Mr. Sabbag; is that   2:04:33PM

correct?   2:04:39PM

A   Correct.   2:04:40PM

Q   So if the June 28, 2016, list that Gannett   2:04:40PM

uploaded to Acxiom contains one of those e-mail   2:04:49PM

addresses reflected in rows 108 to 114 of Exhibit 15,   2:04:52PM

Acxiom would be able to match it to Mr. Sabbag,   2:04:56PM

correct?   2:05:00PM

A   Yes.   2:05:03PM

Q   And Acxiom would then be able to match Mr. Sabbag   2:05:06PM

as a customer of USA Today, correct?   2:05:09PM

A   We would not -- I don't under- -- we don't know --   2:05:15PM

unless the file that was input indicated that it was   2:05:15PM

USA Today, all we would know is we have a name and   2:05:26PM

address to append to an e-mail if the e-mail matches   2:05:30PM

one of these records.   2:05:36PM

Q   Well, you would be able to identify that   2:05:39PM

Mr. Sabbag is a customer of Gannett, right, because we   2:05:42PM

talked earlier about how data was only existing   2:05:46PM

customers?   2:05:50PM

Page 62

A     Yes.  Whether it was USA Today or any other     2:05:50PM

publication, we wouldn't know.  But if was an input     2:05:54PM

file from Gannett, the assumption would be it was a     2:05:56PM

Gannett customer that e-mail was sent from, yes.     2:05:59PM

Q     Well, more than an assumption.  That actually     2:06:04PM

would have been the contractual requirement, right?     2:06:06PM

A     Correct.     2:06:08PM

Q     Okay.  I'd like to direct your attention to rows     2:06:20PM

259 and 260 of the spreadsheet.     2:06:22PM

A     Okay.     2:06:32PM

Q     These rows indicate that Mr. Sabbag is a buyer or     2:06:35PM

subscriber of a magazine; is that right?     2:06:41PM

A     Yes.  That's -- it's the category is buying     2:06:46PM

behavior, books and magazines.     2:06:52PM

Q     And column D and E are both populated with the     2:06:56PM

word "yes," correct?     2:07:00PM

A     Correct.     2:07:02PM

Q     Where does Acxiom acquire all this data?     2:07:05PM

A     We license data from hundreds of sources.     2:07:17PM

Q     Is some of this data provided by publishers?     2:07:37PM

A     Possibly.     2:07:42PM

Q     I have no further questions.     2:08:10PM

          MR. FRAIETTA:  Jordan, I note that there     2:08:14PM

     were a couple of documents that were cut off,     2:08:15PM

     so subject to getting those reproduced to us     2:08:17PM

Page 63

in a legible format, I may have some further    2:08:21PM
questions about them, but I don't believe I    2:08:27PM
have further questions at this time.    2:08:28PM
Actually, I'm sorry.  I spoke too soon.  I do    2:08:32PM
have one more exhibit.  I apologize.  Can we    2:08:35PM
go off the record for a brief moment?    2:08:39PM

THE VIDEOGRAPHER:  Going off the record.    2:11:02PM
The time is 2:08 p.m.    2:11:02PM
(WHEREUPON, after a break was taken, the    2:11:02PM
proceedings resumed as follows:)    2:11:02PM

THE VIDEOGRAPHER:  We are on the record.    2:11:17PM
The time is 2:11 p.m. and this is Media 5.    2:11:17PM

BY MR. FRAIETTA:    2:11:18PM

Q    Okay.  I have marked a document as Exhibit 16.    2:11:19PM
Please let me know when you have it.    2:11:27PM

(WHEREUPON, a document was marked for    2:11:29PM
identification as Exhibit No. 16.)    2:11:29PM

A    I have it.    2:11:29PM

Q    Have you seen this before?    2:11:31PM

A    Yes.    2:11:32PM

Q    What is it?    2:11:32PM

A    It was my work notes when I was initially    2:11:34PM
responding to the subpoena as well as some additional    2:11:38PM
notes as I prepared this morning.    2:11:41PM

Q    I'm going to ask for your help with some of the    2:11:44PM

Page 64

handwriting.                                              2:11:49PM

A     Okay.                                               2:11:51PM

Q     So it looks like you made some notes about the     2:11:53PM

data agreement.  It says "data agreement" and then I     2:12:05PM

1(b) and I can't make out those words.                   2:12:14PM

A     Okay.  So the blue ink was my original workpapers, 2:12:14PM

so that's the data agreement from February 9, 2006.  It  2:12:19PM

was Evergreen, good till terminated.  And it's InfoBase  2:12:26PM

Enhancement InfoBase List, and InfoBase Suppression      2:12:28PM

were the products that were licensed.                    2:12:34PM

Q     And as we move down the page, I see -- I guess     2:12:37PM

it's amendment one missing.  Is that what that says?     2:12:39PM

A     Amendment one was missing.  And as I went down     2:12:44PM

through, I was trying to figure out what amendment one   2:12:47PM

might have been.  I originally had probably added        2:12:50PM

InfoBase eProducts because later on we have an           2:12:56PM

amendment that makes a change to eProducts, but there's  2:13:01PM

no place that eProducts was licensed, so that was my     2:13:03PM

initial assumption that amendment one was at.  And you   2:13:07PM

can see today I was -- "possibly terminated the          2:13:12PM

enhancement and added the eProducts" is what's written   2:13:21PM

in the black ink, which is today's notes.                2:13:24PM

Q     Amendment two.                                      2:13:30PM

A     "Extended to client affiliates, deleted client     2:13:33PM

affiliate addendum, deleted InfoBase List schedule and   2:13:39PM

Page 65

added the InfoBase X consumer list file install."  And    2:13:45PM

I have there that that was done December 29 of 2010,    2:13:48PM

and the records custodian that I had visited with today 2:13:56PM

digged deeper into some of these records as it was --    2:14:02PM

that file was first delivered -- the install file was    2:14:06PM

first delivered on January 6 of 2011.    2:14:10PM

Q    Okay.  Amendment number three.    2:14:14PM

A    That replaced the schedule for InfoBase eProducts    2:14:15PM

and deployment.  So that's where I said if that was    2:14:22PM

replaced and we didn't have any evidence of the    2:14:26PM

initial, that's how I got the idea that it must have    2:14:29PM

been -- amendment 1 must have done that, added the    2:14:32PM

eProducts the first time.    2:14:35PM

Q    Amendment four.    2:14:43PM

A    "Extended the IB List file install through    2:14:45PM

12/29/2014 and added elements to the file install."    2:14:50PM

Q    Amendment five.    2:14:56PM

A    The date, "12/29/2014, extended the file install    2:14:57PM

through December 28 of 2017.  Removed some elements    2:15:03PM

from the file install, added other elements to the file 2:15:08PM

install, replaced the file install schedule section    2:15:09PM

(b)(1) for products and added AbiliTec."    2:15:14PM

Q    Then there's some black ink kind of in --    2:15:21PM

A    In the note over there?  Yes.  The note over in    2:15:22PM

the margin is that that amendment covers the scope, so  2:15:25PM

Page 66

the 12/22/15 through 7/31/16, this amendment five would 2:15:27PM

have covered that timeframe.                                2:15:32PM

Q    Well, we talked earlier, amendment three, for       2:15:36PM

instance, would renew annually unless terminated.          2:15:44PM

A    Correct.                                              2:15:52PM

Q    So amendment three also would have covered the       2:15:52PM

timeframe unless it was terminated, right?                 2:15:54PM

A    It could have extended on into the timeframe,        2:15:57PM

correct.                                                   2:16:00PM

Q    Okay.  And you have no evidence that amendment       2:16:01PM

number three was terminated?                               2:16:03PM

A    That's correct.                                      2:16:05PM

Q    Moving on to the next page, amendment six.           2:16:08PM

A    Yes.  "Extended the file install term and replaced   2:16:11PM

the IB List schedule."                                     2:16:14PM

Q    Amendment seven.                                     2:16:20PM

A    "The effective date extended the install through     2:16:21PM

February 28 of '19."                                       2:16:27PM

Q    And finally amendment number eight.                  2:16:30PM

A    "The final extension through March 31 of '19."       2:16:32PM

Q    Okay.  Now I have no further questions.  Thank       2:16:36PM

you.                                                       2:16:38PM

          MR. ABBOTT:  I do not have any                   2:16:44PM

     questions.                                            2:16:45PM

          MR. SHEIKALI:  I've just got a few here. 2:16:45PM

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

EXAMINATION                                          2:16:48PM

BY MR. SHEIKALI:                                     2:16:50PM

Q    Thanks for your time, Mr. Spainhour.  My name is  2:16:50PM
Jad Sheikali.  I'm counsel for Gannett in this matter.  2:16:50PM
And I'll try not to repeat too much of what you've     2:16:53PM
already covered with Phil, but I may throw up some of   2:17:00PM
the exhibits that have been introduced already.        2:17:02PM

A    Okay.                                           2:17:04PM

Q    So is it correct that Acxiom responded to a     2:17:06PM
subpoena issued by plaintiff's counsel in this case?   2:17:09PM

A    We did.                                         2:17:12PM

Q    And pursuant to that subpoena, Acxiom provided  2:17:13PM
contracts between Acxiom and Gannett along with the    2:17:18PM
amendments to those contracts?                         2:17:20PM

A    Correct.                                        2:17:21PM

Q    Other than the contracts and materials that were  2:17:23PM
produced in response to the subpoena, has Acxiom        2:17:25PM
provided any other written materials to the plaintiff   2:17:28PM
in this case?                                           2:17:31PM

A    I believe what was presented as exhibits today  2:17:33PM
covers everything that I had provided in response to    2:17:37PM
the subpoena.                                           2:17:40PM

Q    Earlier, you have testified -- sorry, strike that.  2:17:46PM
     I'm going to pull up Exhibit 8, the document       2:17:58PM
that's been marked as Exhibit 8.  And if we scroll down  2:17:59PM

Page 68

to Section 5 here, 5(a), subsection (a) where it defines the term "existing customers."

A    Okay.  Hang on just a second.  You're on Exhibit 8?

Q    Yes.

A    Are you in the schedule?

Q    I'm down in Section 5(a), permitted uses and restrictions.

A    Okay.  Yes.

Q    And this Section 5(a), permitted uses and restrictions, this would apply to Gannett's use of the e-mail enhancement product?

A    Yes.

Q    It would also apply to the reverse e-mail append product?

A    It applies to all the products that are listed in this schedule.

            MR. FRAIETTA:  I'm sorry.  Jad, are you on Exhibit 8?

            MR. SHEIKALI:  Yes.

            MR. FRAIETTA:  Okay.

BY MR. SHEIKALI:

Q    And under this section, it states that if the product is used to market to a consumer, "existing customer shall mean only those consumers with whom

Page 69

client can reasonable demonstrate an existing business 2:19:26PM
relationship." Is that what that section says? 2:19:26PM

A    It is. 2:19:28PM

Q    Is it accurate that section does not limit the use 2:19:31PM
of the product only to individuals who are subscribers 2:19:35PM
of a Gannett publication, but rather only -- but rather 2:19:39PM
would include any individual with whom Gannett can 2:19:41PM
reasonably demonstrate an existing business 2:19:47PM
relationship? 2:19:47PM

A    Correct. 2:19:47PM

Q    Is it accurate that the purpose of that section is 2:19:49PM
in compliance with CAN-SPAM and telemarketing laws? 2:19:52PM

A    Yes. 2:19:59PM

Q    It would also be accurate that an existing -- an 2:20:01PM
individual can have an existing business relationship 2:20:02PM
with a business under those -- for purposes of those 2:20:07PM
CAN-SPAM and marketing laws regardless of whether 2:20:11PM
they've actually made a purchase from that business? 2:20:11PM

MR. FRAIETTA: Objection. Calls for a 2:20:25PM
legal conclusion. 2:20:26PM

A    That's -- I'll let the law speak for itself, but 2:20:29PM
there are various exceptions, yes. 2:20:31PM

BY MR. SHEIKALI: 2:20:31PM

Q    We can turn away from that exhibit. 2:20:38PM

Throughout today's deposition, we discussed a 2:20:39PM

Page 70

product called file install; is that correct?   2:20:41PM

A    Yes.   2:20:43PM

Q    And is it accurate that the primary product used   2:20:44PM
by Gannett throughout its relationship with Acxiom is   2:20:48PM
the file install product?   2:20:53PM

A    Yes.   2:20:55PM

Q    And is it accurate that in every instance where   2:20:55PM
Gannett used the file install product, Gannett was   2:20:56PM
receiving data from Acxiom but not providing any   2:21:01PM
personal information to Acxiom?   2:21:03PM

A    That is correct.   2:21:05PM

Q    In other words, for Gannett to use the file   2:21:07PM
install product, Gannett did not need to and would not   2:21:09PM
have sent personal information to Acxiom?   2:21:12PM

A    That's correct.   2:21:15PM

Q    Then if we could pull Exhibit 6.   2:21:17PM

A    Okay.   2:21:31PM

Q    Is it accurate that Exhibit 6 reflects an order   2:21:32PM
form for Gannett's use of a reverse e-mail append   2:21:35PM
product?   2:21:39PM

A    That's correct.   2:21:41PM

Q    Earlier, you testified that based on Acxiom's   2:21:43PM
financial records, it appears that Gannett would have   2:21:47PM
used this product on or around June 28, 2016; is that   2:21:50PM
right?   2:21:54PM

Page 71

A    Correct.                                                    2:21:54PM

Q    Is this document the only evidence that Acxiom has    2:21:58PM
that Gannett used a non-file install product during the    2:22:04PM
2015 or 2016 time period?                                      2:22:10PM

A    That is correct.                                          2:22:13PM

Q    Earlier, you testified that in order to use this      2:22:26PM
product, Gannett would have just provided a list of        2:22:28PM
e-mail addresses.                                              2:22:31PM

A    That is correct.                                          2:22:34PM

Q    Is it also correct that that list of e-mail           2:22:36PM
addresses would not have identified any customers based    2:22:38PM
on a specific Gannett product they may or may not have     2:22:41PM
been consuming?                                                2:22:44PM

              MR. FRAIETTA:  Objection.  Calls for         2:22:50PM
        speculation.                                          2:22:50PM

A    That's correct.  It would have simply been e-mail     2:22:50PM
addresses.                                                     2:22:52PM

BY MR. SHEIKALI:                                               2:22:52PM

Q    In Acxiom's experience in providing this reverse     2:22:54PM
e-mail product, append product, are there scenarios        2:23:02PM
where a customer might elect to provide information in     2:23:09PM
excess of just the e-mail address?                            2:23:13PM

A    We don't want anything in excess of the e-mail        2:23:18PM
address because that slows down the process.                  2:23:20PM

Q    Is there a standard form that the customers must     2:23:23PM

Page  72

use when inputting e-mail addresses?                    2:23:26PM

A    There's a standard format, correct, that is        2:23:30PM

limited to only the data needed to run the process.     2:23:32PM

Q    And so for a customer to use the reverse e-mail    2:23:36PM

append product, they would be uploading the -- they     2:23:42PM

would be inputting a list of e-mail addresses into a    2:23:43PM

form that's provided by Acxiom?                         2:23:47PM

A    Correct.                                           2:23:50PM

Q    And so in order for customer to include data       2:23:51PM

fields on that form to use the reverse e-mail append    2:23:55PM

product, other than e-mail, the customer would have to  2:23:58PM

affirmatively insert additional data fields on that     2:24:01PM

standard form?                                          2:24:07PM

A    The file would be rejected because the format      2:24:11PM

would not conform to what Acxiom was expecting.         2:24:14PM

Q    And in a situation where a file gets rejected, it  2:24:17PM

wouldn't be uploaded to the FTP server; is that right?  2:24:20PM

A    Correct.                                           2:24:25PM

Q    And just turning to the FTP server, earlier there  2:24:27PM

was some discussion about FTP logs and whether Acxiom   2:24:38PM

retains FTP logs for a certain period of time.  Do you  2:24:43PM

recall that discussion?                                 2:24:46PM

A    I do.                                              2:24:47PM

Q    Are you generally aware of the time period when    2:24:49PM

this lawsuit was first filed?                           2:24:54PM

Page 73

A    No.                                                    2:24:57PM

Q    Well, I will represent to you that this lawsuit        2:24:58PM
was filed on March 31, 2022.  Based on the record that      2:25:00PM
an FTP file was uploaded on June 28, 2016, would you        2:25:09PM
expect that the FTP log would be retained that was          2:25:16PM
uploaded on June 28, 2016 -- would still be retained on     2:25:21PM
March 31, 2022, over five years later?                      2:25:27PM

            MR. FRAIETTA:  Objection.  Calls for            2:25:32PM
        speculation.                                        2:25:34PM

A    I don't know how long those log files are             2:25:35PM
retained.                                                   2:25:38PM

BY MR. SHEIKALI:                                            2:25:38PM

Q    Would it surprise you if there was a FTP log file      2:25:40PM
retention schedule that exceeded five years?                2:25:43PM

            MR. FRAIETTA:  Objection.                       2:25:47PM

A    I don't know what the typical retention is for         2:25:50PM
those logs.                                                 2:25:52PM

BY MR. SHEIKALI:                                            2:25:56PM

Q    Earlier, you testified that Acxiom has other           2:25:59PM
customers other than Gannett.                               2:26:02PM

A    Yes.                                                    2:26:05PM

Q    Is there a way to -- are you able to give a            2:26:06PM
ballpark estimate or an idea of the volume of FTP files     2:26:10PM
that might be uploaded to Acxiom's server on a given        2:26:14PM
day?                                                        2:26:17PM

Page 74

A    I don't have that information.  It's voluminous, 2:26:19PM
but I don't have any figures to provide.  2:26:21PM
Q    So turning back to this June 28, 2016, instance 2:26:23PM
where Gannett uploaded an FTP file to the FTP server, 2:26:37PM
because that file would have just included e-mail 2:26:51PM
addresses, is it accurate to say that there would have 2:26:53PM
been no way to confirm the source of Gannett receiving 2:26:58PM
those e-mail addresses?  2:27:05PM
              MR. FRAIETTA:  Objection.  Assumes facts 2:27:07PM
       not in evidence.  2:27:09PM
A    We just know the file was supplied by Gannett.  We 2:27:11PM
don't know where Gannett obtained the original file.  2:27:14PM
BY MR. SHEIKALI:  2:27:20PM
Q    So do you agree that it would be pure speculation 2:27:20PM
to conclude that the -- those e-mail addresses 2:27:23PM
contained in that FTP file applied to USA Today 2:27:27PM
subscribers?  2:27:31PM
A    I know by the contract terms it was supposed to be 2:27:36PM
files that represented customers.  We don't know for 2:27:38PM
sure whether it did or did not.  2:27:41PM
Q    So then there's no -- there's no -- sorry, strike 2:27:46PM
that.  I'll sort of just maybe just ask my question 2:27:54PM
again.  2:27:54PM
     So what I'm asking is would the conclusion that 2:27:57PM
e-mail addresses uploaded by Gannett on June 28, 2016, 2:28:04PM

Page 75

included USA Today subscribers, would that be                    2:28:07PM

speculation?                                                     2:28:13PM

          MR. FRAIETTA:  Objection.  Asked and      2:28:19PM

answered.                                                        2:28:20PM

A    I have no way of knowing for sure that it was any           2:28:21PM

particular publication of Gannett subscriber.                    2:28:25PM

BY MR. SHEIKALI:                                                 2:28:27PM

Q    And, similarly, Acxiom would have no way of                 2:28:31PM

confirming whether any of that information would have            2:28:33PM

applied to the USA Today subscribers based in Michigan?          2:28:37PM

A    Correct.                                                    2:28:42PM

Q    And Acxiom would have no basis to conclude that             2:28:46PM

the information included in that FTP file on June 28,            2:28:49PM

2016, would have included information belonging to the           2:28:53PM

named plaintiff in this case, Johnny Sabbag?                     2:28:58PM

A    Correct.                                                    2:29:01PM

Q    Is it accurate to say that no one at Acxiom has             2:29:11PM

personal knowledge of any instance during the 2015 to           2:29:14PM

2016 time period where Gannett provided Acxiom the              2:29:18PM

personal information of Michigan-based USA Today                 2:29:23PM

subscribers?                                                     2:29:26PM

A    That's correct.                                             2:29:28PM

Q    Is it also accurate to say that no one at Acxiom            2:29:32PM

has personal knowledge of any instance where Gannett            2:29:37PM

provided Acxiom the personal information of any                  2:29:40PM

Page 76

Michigan-based subscribers to any magazine?                    2:29:43PM

A    Correct.                                                   2:29:48PM

Q    Gannett's position in this litigation is that it          2:29:50PM
never provided USA Today subscriber personal                   2:29:52PM
information to any third parties, including Acxiom.             2:29:56PM
Does Acxiom have any documents or information that             2:29:59PM
contradict Gannett's position?                                 2:30:02PM

A    Could you restate the question, please?                   2:30:05PM

Q    Yes, of course.  So Gannett's position in this           2:30:06PM
litigation is that it never provided the personal              2:30:08PM
information of its USA Today subscribers to any third          2:30:12PM
party, including Acxiom.  Does Acxiom have any                 2:30:15PM
documents or information that contradicts Gannett's            2:30:18PM
position?                                                      2:30:21PM

            MR. FRAIETTA:  Objection to form.                  2:30:23PM

A    Acxiom does not have any information that would           2:30:26PM
contradict that assertion.                                     2:30:28PM

BY MR. SHEIKALI:                                               2:30:29PM

Q    Does anyone at Acxiom have personal knowledge of         2:30:32PM
any facts that would contradict Gannett's position?           2:30:34PM

            MR. FRAIETTA:  Objection.                          2:30:40PM

A    Not that I have been able to locate.                      2:30:41PM

BY MR. SHEIKALI:                                               2:30:42PM

Q    Throughout the relationship between Gannett and          2:30:44PM
Acxiom, is it accurate to say that the information that 2:30:50PM

Page 77

Gannett provided to Acxiom for use of any of the Acxiom 2:30:53PM

products would have been considered confidential under 2:31:00PM

the agreements? 2:31:03PM

A     It all would have been confidential. 2:31:05PM

Q     Is it accurate that Acxiom could only process 2:31:08PM

information provided by Gannett at Gannett's direction? 2:31:10PM

A     Yes.  We could only utilize the data to fulfill 2:31:17PM

the services contracted for. 2:31:21PM

Q     Is there any record or evidence that would support 2:31:27PM

the conclusion that Acxiom would have provided or 2:31:32PM

disclosed information provided by Gannett to other 2:31:37PM

third parties? 2:31:41PM

A     There's no evidence of that. 2:31:42PM

Q     And under the agreement, Acxiom was not permitted 2:31:44PM

to share any data provided by Gannett with third 2:31:47PM

parties absent Gannett's prior written consent; is that 2:31:51PM

correct? 2:31:55PM

A     That's correct. 2:31:56PM

Q     Is there any record that Gannett provided prior 2:31:57PM

written consent that would have allowed Acxiom to share 2:31:58PM

its data with any third parties? 2:32:01PM

A     There's not. 2:32:03PM

Q     Is there any evidence or facts that Acxiom has 2:32:06PM

been able to locate that would indicate that Gannett 2:32:47PM

used Acxiom's list rental services during the 2015 or 2:32:50PM

Page 78

2016 time period?                                    2:32:56PM

A    Acxiom List or Acxiom Enhance List Rental?       2:33:01PM

Q    We'll start with the Acxiom -- the enhanced list  2:33:08PM
rental product.                                      2:33:08PM

A    No.   There's no evidence that the enhanced list  2:33:12PM
rental option was ever utilized.                     2:33:15PM

Q    Earlier, you discussed a little bit about the    2:33:20PM
purpose for the reverse e-mail lookup product, which  2:33:48PM
was to match an e-mail address with a name and a     2:33:53PM
mailing address.  Is that a general description of how  2:33:58PM
that product works?                                  2:34:01PM

A    Correct.                                         2:34:02PM

Q    Would you agree that if a company already has an  2:34:05PM
up-to-date name and mailing address for an individual  2:34:06PM
that the reverse e-mail product would provide them no  2:34:11PM
value?                                               2:34:15PM

A    Correct.                                         2:34:15PM

Q    I think that might be all I have.  Can we just   2:34:42PM
maybe take a five-minute break?  And I should be able  2:34:43PM
to run through my notes and confirm whether I've got  2:34:43PM
anything else.                                       2:34:43PM

            THE VIDEOGRAPHER:  Going off the record. 2:35:34PM

       The time is 2:34 p.m.                         2:35:34PM

            (WHEREUPON, after a break was taken, the 2:39:19PM

       proceedings resumed as follows:)             2:39:19PM

Page  79

THE VIDEOGRAPHER:  We are on the record. 2:39:19PM

The time is 2:39 and this is Media 6. 2:39:19PM

BY MR. SHEIKALI: 2:39:19PM

Q    Mr. Spainhour, I just have a couple more questions 2:39:19PM
here.  Earlier, you mentioned the documents that were 2:39:19PM
-- I've been showing as exhibits through this 2:39:20PM
deposition constitute the full suite of documents that 2:39:23PM
were produced to plaintiff in this case pursuant to the 2:39:27PM
subpoena; is that accurate? 2:39:30PM

A    I believe so, yes. 2:39:32PM

Q    Outside of the request made in the subpoena, has 2:39:33PM
Acxiom provided any other written information to 2:39:35PM
plaintiff's counsel regarding the subject matter of 2:39:40PM
this litigation? 2:39:44PM

A    Only these couple of documents that were provided 2:39:45PM
this morning that have been introduced as exhibits in 2:39:48PM
this deposition. 2:39:52PM

Q    Has Acxiom provided any information to plaintiff's 2:39:54PM
counsel in this case through an e-mail or any other 2:39:58PM
written communications that first date the subpoena? 2:40:01PM

A    There were a couple of e-mail questions asking for 2:40:09PM
clarification that we responded to. 2:40:11PM

Q    What were the nature of those questions contained 2:40:16PM
in those e-mails? 2:40:19PM

A    One of them was requesting whether the file 2:40:25PM

Page 80

install was a specific geographic area, and the          2:40:25PM

response was it was our nationwide file.  The other one 2:40:25PM

was how was the file was delivered, and the response    2:40:31PM

was that I don't have any specific evidence of this     2:40:33PM

particular file delivery, but at the time, we would     2:40:36PM

have typically used secure FTP and encrypted file for   2:40:41PM

delivery of a file install to any user.                 2:40:45PM

Q    Did any of those clarification questions request  2:40:57PM

information about the existence of specific             2:41:00PM

transactions between Gannett and Acxiom?                2:41:03PM

A    No.  The only follow-up to those responses was    2:41:10PM

that they thought we would probably need a deposition.  2:41:12PM

MR. SHEIKALI:  Jordan, I'm going to ask    2:41:26PM

that those e-mail communications be produced. 2:41:26PM

MR. ABBOTT:  Okay.                         2:41:33PM

BY MR. SHEIKALI:                                        2:41:33PM

Q    Just one final question.  As we sit here today, is 2:41:45PM

it your testimony that Acxiom does not have any        2:41:46PM

evidence, facts, or documents to suggest that during   2:41:52PM

the 2015 to 2016 time period, Gannett shared the       2:41:56PM

personal information of USA Today subscribers to       2:42:01PM

Acxiom?                                                 2:42:02PM

MR. FRAIETTA:  Objection.                  2:42:05PM

A    I'm not aware of any information that would       2:42:07PM

confirm that at all.                                    2:42:09PM

Page 81

BY MR. SHEIKALI:                                      2:42:09PM

Q    Thank you.  That's all I have.                   2:42:09PM

                 FURTHER EXAMINATION                  2:42:20PM

BY MR. FRAIETTA:                                      2:42:21PM

Q    I just want to ask a couple of quick redirects.  2:42:22PM
You testified earlier that if an e-mail append upload 2:42:22PM
file or input file included additional information, it 2:42:29PM
would have been rejected.                             2:42:34PM

A    Yes.                                             2:42:36PM

Q    Who would have rejected it?                      2:42:37PM

A    The system.  So express match is expecting a file 2:42:38PM
layout to land and get brought into the batch         2:42:44PM
processing and then delivered back out.  If the file  2:42:48PM
has -- if the file layout, "layout" meaning the       2:42:51PM
contents of the file in the order doesn't match, the  2:42:56PM
file doesn't get ingested.  It gets rejected and an   2:42:59PM
e-mail fires back to whoever sent it saying the file  2:43:03PM
did not get received.                                 2:43:08PM

Q    Okay.  And then finally, you testified that Acxiom 2:43:11PM
cannot do anything with Gannett's data without        2:43:15PM
Gannett's permission, right?                          2:43:21PM

A    Correct.                                         2:43:24PM

Q    Does Acxiom consider itself an agent of Gannett? 2:43:26PM

A    We're a service provider.                        2:43:30PM

Q    Is it fair to say Acxiom's an independent        2:43:33PM

Page 82

contractor?                                          2:43:35PM

A    Correct.                                        2:43:36PM

Q    Acxiom's not an agent, is it?                   2:43:37PM

          MR. SHEIKALI:  That calls for a legal      2:43:42PM

     conclusion.                                     2:43:43PM

A    We are not an agent of Gannett.                 2:43:44PM

BY MR. FRAIETTA:                                     2:43:45PM

Q    Thank you.  I have no further questions.        2:43:47PM

          THE COURT REPORTER:  Anyone else?  Would   2:44:07PM

     both of you like a copy of the transcript?      2:44:07PM

          MR. FRAIETTA:  Yes, yes, please.  As       2:44:07PM

     quickly as you can turn it around.  Would it    2:44:07PM

     be possible -- can we get one on Monday?        2:44:07PM

          THE COURT REPORTER:  I can do it by        2:44:07PM

     Monday, yeah.                                   2:44:07PM

          MR. FRAIETTA:  Okay.  Thank you.           2:44:07PM

          THE COURT REPORTER:  You're welcome.       2:44:07PM

     Would you like a copy, too, Jad?                2:44:07PM

          MR. SHEIKALI:  Yes, please.                2:44:07PM

          THE COURT REPORTER:  Okay.  All right.     2:44:07PM

     Thank you.                                      2:44:07PM

          THE VIDEOGRAPHER:  Okay.  Going off the    2:44:07PM

     record.  The time is 2:44 p.m. and this         2:44:07PM

     concludes today's testimony given by PMK of     2:44:07PM

     Acxiom Corporation.  The total number of        2:44:07PM

Page 83

media used was six.                              2:44:07PM

   (WHEREUPON, the proceedings were         2:45:34PM

concluded in the matter at 2:45 p.m.)            2:45:34PM

    * * * * * * * *                     2:45:34PM

Page 84

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

CERTIFICATE

STATE OF ARKANSAS)

)ss

COUNTY OF PULASKI)

I, Kristina R. Gray, Arkansas Certified Court Reporter #725, do hereby certify that the facts stated by me in the caption on the foregoing proceedings are true; and that the foregoing proceedings were reported verbatim through the use of the voice-writing method and thereafter transcribed by me or under my direct supervision to the best of my ability, taken at the time and place set out on the caption hereto.

I FURTHER CERTIFY that in accordance with Rule 30(e) of the Rules of Civil Procedure, review of the transcript was not requested.

I FURTHER CERTIFY that I am not a relative or employee of any attorney or employed by the parties hereto, nor financially interested, or otherwise, in the outcome of this action, and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect impartiality, that requires me to relinquish control of an original deposition transcript or copies of the transcript before it is certified and delivered to the custodial attorney, or that requires me to provide any service not made available to all parties to the action.

WITNESS MY HAND AND SEAL this 3rd day of June, 2024.

Kristina R. Gray
Arkansas State Supreme Court
Certified Court Reporter #725

Page 85

PHILIP L. FRAIETTA, ESQ.

pfraietta@bursor.com

June 3, 2024

RE: Sabbag, Johnny v. Gannett Co.

5/31/2024, Tim Spainhour, (#6708099).

The above-referenced transcript has been

completed by Veritext Legal Solutions and

review of the transcript is being handled as follows:

__ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

to schedule a time to review the original transcript at

a Veritext office.

__ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

Transcript - The witness should review the transcript and

make any necessary corrections on the errata pages included

below, noting the page and line number of the corrections.

The witness should then sign and date the errata and penalty

of perjury pages and return the completed pages to all

appearing counsel within the period of time determined at

the deposition or provided by the Code of Civil Procedure.

Contact Veritext when the sealed original is required.

__ Waiving the CA Code of Civil Procedure per Stipulation of

Counsel - Original transcript to be released for signature

as determined at the deposition.

__ Signature Waived - Reading & Signature was waived at the

time of the deposition.

Page 86

__ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Federal Rules.

_X_ Federal R&S Not Requested - Reading & Signature was not requested before the completion of the deposition.

Page 87