# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

JOHNNY SABBAG, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

GANNETT CO.,

    Defendant.

    /

Case No. 22-cv-10685
Hon. Shalina D. Kumar
Magistrate Judge Curtis Ivy, Jr.

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff Johnny Sabbag ("Plaintiff") and Defendant, Gannett Co. ("Gannett") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties agree to the voluntary dismissal of Plaintiff's claims with prejudice, with each party to bear their own attorneys' fees and costs. Accordingly, Plaintiff hereby voluntarily dismisses his claims with prejudice.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK, SIGNATURE PAGE TO FOLLOW]

Respectfully submitted,

| | |
|---|---|
| HONIGMAN LLP<br>Attorneys for Defendant | THE MILLER LAW FIRM, P.C.<br>Attorneys for Plaintiff |
| By: /s/ Robert M. Riley (w/ permission)<br>J. Michael Huget (P39150)<br>Robert M. Riley (P72290)<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, Michigan 48226-3506<br>Tel: (313) 465-7000<br>mhuget@honigman.com<br>rriley@honigman.com | By: /s/ E. Powell Miller<br>E. Powell Miller<br>THE MILLER LAW FIRM, P.C.<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307<br>Tel: (248) 841-2200<br>epm@millerlawpc.com<br><br>BURSOR & FISHER, P.A.<br>Joseph I. Marchese<br>Philip L. Fraietta<br>1330 Avenue of the Americas, 32nd Flr.<br>New York, NY 10019<br>Tel: (646) 837-7150<br>jmarchese@bursor.com<br>pfraietta@bursor.com<br><br>HEDIN LLP<br>Frank S. Hedin<br>1395 Brickell Ave., Suite 1140<br>Miami, FL 33131<br>Tel: (305) 357-2107<br>fhedin@hedinllp.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2024, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com

3